## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 23-2200<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA TO CARLOTTA WELLS** |

Pursuant to Fed. R. Civ. P. 45, Defendants Michael Lindell and My Pillow, Inc. move the Court to compel Carlotta Wells to provide deposition testimony pursuant to a subpoena served upon her in this proceeding, within 14 days of the Court's order.

This Motion is based upon all the pleadings, files, records, and proceedings herein, including without limitation Defendants' accompanying Memorandum in Support of Motion to Compel Compliance with Deposition Subpoena to Carlotta Wells and the Declarations of Andrew D. Parker and Michael J. Lindell.

Counsel for the Defendants engaged in the required LCvR 7(m) discussion with counsel for Ms. Wells concerning this motion, through a teleconference on May 23, 2023, and through correspondence prior to May 23, 2023, and by email correspondence on July 20 and 24, 2023. This motion is opposed by Ms. Wells.

DATED:  July 28, 2023          **PARKER DANIELS KIBORT LLC**

  By */s/ Andrew D. Parker*
     Andrew D. Parker (D.C. Bar No. 63279)
     888 Colwell Building
     123 N. Third Street
     Minneapolis, MN 55401
     Telephone: (612) 355-4100
     Facsimile: (612) 355-4101
     parker@parkerdk.com

*Counsel for Defendant Michael Lindell*

  By */s/ Andrew D. Parker*
     Andrew D. Parker (D.C. Bar No. 63279)
     Joseph A. Pull (D.C. Bar No. 982468)
     888 Colwell Building
     123 N. Third Street
     Minneapolis, MN 55401
     Telephone: (612) 355-4100
     Facsimile: (612) 355-4101
     parker@parkerdk.com
     pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*