# EXHIBIT "9"

| From: | Ncoder <dennis@ncoder.net> |
|-------|----------------------------|
| Sent: | Wednesday, June 4, 2008 8:00 PM |
| To: | 'Deborah A. Klar' |
| Subject: | RE: Meeting |

I will attend.

-----Original Message-----
From: Deborah A. Klar [mailto:dklar@linerlaw.com]
Sent: Wednesday, June 04, 2008 4:12 PM
To: Wells, Carlotta (CIV)
Subject: RE: Meeting

Counsel: If I did not acknowledge previously in writing, this email will confirm that Mr. Montgomery will attend the meetings in D.C. on June 6,
2008.  Best regards, D.A.K.

-----Original Message-----
From: Wells, Carlotta (CIV) [mailto:Carlotta.Wells@usdoj.gov]
Sent: Tuesday, June 03, 2008 12:01 PM
To: Deborah A. Klar; Tuneen E. Chisolm
Cc: Gomez, Raphael (CIV)
Subject: Meeting

Deborah--

As I stated in my voice mail message, we are confirming that Mr.
Montgomery will meet with security personnel on Friday, June 6.  The meeting will commence at 10 am EDT at 20 Massachusetts Avenue, NW, Washington, DC.  Please acknowledge that Mr. Montgomery will attend the meeting as soon as possible.

Thanks.
Carlie Wells
Senior Trial Counsel
Civil Division/Federal Programs Branch
P.O. Box 883 (zip 20044)
20 Massachusetts Ave, NW  Room 7150
Washington, DC  20530
(202) 514-4522
(202) 616-8470 (fax)

**From:** Ncoder <dennis@ncoder.net>
**Sent:** Friday, June 6, 2008 1:24 AM
**To:** 'Christian Cordero'
**Subject:** Leaving for DC

I will be in DC at 7am EST. I will email you when I can. Don't try to call. I am not allowed to carry phone into the building.

Night

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Ncoder <dennis@ncoder.net> |
| **Sent:** | Tuesday, June 3, 2008 5:46 PM |
| **To:** | 'Deborah A. Klar' |
| **Subject:** | RE: Meeting with Gov't |

You have no credibility with the court!  Like they would believe you?

---

**From:** Deborah A. Klar [mailto:dklar@linerlaw.com]
**Sent:** Tuesday, June 03, 2008 1:39 PM
**To:** Ncoder
**Cc:** Ellyn S. Garofalo; Peter Bransten; Mark H. Gunderson
**Subject:** Meeting with Gov't

**Dennis, The meeting has been confirmed for June 6.  I spoke with Saul about him accompanying you.  But, he did not think that was wise.  We think it wise that you have counsel present.  Although government counsel will not be in the room, they will be outside.**
**For the same reason we insisted that government counsel not be present in the room, we think it best for you to have counsel present outside the room.  Gov't counsel has been directed to report to the Court re the meeting.  If your counsel is not present, the gov't lawyers will be free to put their spin on what happened before Cooke.  We will not be in a position to challenge any negative assertions they may feel free to make, knowing that your counsel was not present and cannot contradict what they say.**

**Please get back to me today if possible.  Best regards, D.A.K.**

Deborah A. Klar
**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**
1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3503
main: 310.500.3500
dir: 310.500.3614
fax: 310.500.3501
dklar@linerlaw.com
**www.linerlaw.com**

Notice of Privilege/Confidentiality Privileged and Confidential information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be

used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

# EXHIBIT "10"

1  Mark H. Gunderson, Esq. (SBN: 2134)
   Catherine A. Reichenberg, Esq. (SBN: 10362)
2  GUNDERSON LAW FIRM
   5345 Kietzke Lane, Suite 200
3  Reno, Nevada 89511
   Telephone:  (775) 829-1222
4  Facsimile:  (775) 829-1226

5  Randall J. Sunshine, Esq. (SBN: 137363)
   Ellyn S. Garofalo, Esq. (SBN: 158795)
6  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
7  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
8  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
9  ADMITTED PRO HAC VICE

10 Attorneys for Plaintiffs
   DENNIS MONTGOMERY, and the MONTGOMERY
11 FAMILY TRUST

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF NEVADA**

14

15 DENNIS MONTGOMERY and the          )  Case No. 3:06-CV-00056-PMP-VPC
   MONTGOMERY FAMILY TRUST,           )  BASE FILE
16                                     )
              Plaintiffs,             )  (Consolidated with Case No. 3:06-CV-
17                                     )  00145-PMP-VPC)
         vs.                          )
18                                     )  **[PROPOSED] STIPULATION AND**
   ETREPPID TECHNOLOGIES, LLC, WARREN )  **DISMISSAL WITH PREJUDICE**
19 TREPP, and the UNITED STATES       )
   DEPARTMENT OF DEFENSE,             )
20                                     )
              Defendants.             )
21                                     )
                                       )
22 ─────────────────────────────────── )
                                       )
   AND RELATED CASES.                 )
23                                     )

24

25

26

27

28

00039641/001/407693v01

WHEREAS Dennis Montgomery, the Montgomery Family Trust, eTreppid Technologies, LLC, Warren Trepp, Edra Blixseth and Opspring LLC (collectively, the "Parties") are parties to a dispute arising from the ownership of certain technology described in the Complaints and Counterclaims;

WHEREAS Plaintiffs Dennis Montgomery and the Montgomery Family Trust (collectively, the "Montgomery Parties") have asserted claims against Defendants eTreppid Technologies, LLC and Warren Trepp (collectively, the "eTreppid Parties") in <u>Montgomery, et al. v. eTreppid Technologies, LLC, et al.</u>, Case No. 3:06 CV-00056-BES-VPC (Base File) and Case No. 3:06-CV-00145-PMP-VPC (the "Lawsuit");

WHEREAS Defendant and Counter-counterclaimant eTreppid Technologies, LLC ("eTreppid") has asserted counter-claims against the Montgomery Parties, Edra Blixseth and Opspring, LLC;

WHEREAS the Parties desire to fully resolve and settle all claims and counter-claims asserted by and against the Parties to the Lawsuit;

WHEREAS the Parties have agreed to a settlement of the claims and counter-claims asserted by and against the Parties in the Lawsuit (the "Settlement Agreement");

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1.     The Montgomery Parties shall dismiss with prejudice all claims asserted in their First Amended Complaint and Counterclaim against the eTreppid Parties in the Lawsuit.

2.     eTreppid Technologies, LLC shall dismiss with prejudice all Complaints and Counter-claims asserted against the Montgomery Parties, Edra Blixseth and Opspring, LLC in the Lawsuit.

3.     Notwithstanding the above-referenced dismissals with prejudice, the Court shall retain jurisdiction over the following:  (1) the eTreppid Parties' claims against Atigeo LLC and Michael Sandoval as third party defendants; (2) issues relating to Michael Flynn's ("Mr. Flynn") attorney's fees (Docket Nos. 502 and 584); (3) Mr. Flynn's motion to establish Rule 3.3 procedures pursuant to the Nevada Rules of Professional Conduct (Docket No. 540); (4) Mr. Flynn's motion for sanctions (Docket No. 545); (5) compliance with the United States Protective Orders (Docket

0039641/001/407693-01

1   Nos. 252 and 253); and (6) enforcement of the confidentiality and mutual non-disparagement

2   provision of the Parties' Settlement Agreement.

3          4.      The terms of the Parties' Settlement Agreement shall remain confidential.

4

5   Dated:  September 26, 2008                    LINER YANKELEVITZ
                                                  SUNSHINE & REGENSTREIF LLP
6

7
                                                  By:   /s/ Ellyn S. Garofalo
8                                                       Ellyn S. Garofalo
                                                        Attorneys for DENNIS MONTGOMERY,
9                                                       the MONTGOMERY FAMILY TRUST,
                                                        EDRA BLIXETH, AND OPSPRING LLC
10

11  Dated:  September 26, 2008                    HOLLAND & HART LLP

12

13                                                By:   /s/ J. Stephen Peek
                                                        J. Stephen Peek
14                                                      Attorneys for ETREPPID TECHNOLOGIES,
                                                        LLC and WARREN TREPP
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         3       Case No.  3:06-CV-00056-PMP-VPC    BASE FILE

0039641/001/407693v01

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the Law Offices Of Liner Yankelevitz Sunshine & Regenstreif LLP, and that on September 26, 2008, I caused to be served the within document described as **[PROPOSED] STIPULATION AND DISMISSAL WITH PREJUDICE** on the interested parties in this action as stated below:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Shane M. Biornstad, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>(775) 327-3000; 786-6179 - FAX<br>speek@hollandhard.com;<br>jsnyder@hollandhartcom,<br>alang@hollandhart.com,<br>sbiornstad@hollandhart.com<br>Attorneys for eTreppid and Warren Trepp | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed.Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-4522; 616-8470 - FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq,<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-1795<br>(202) 429-3000; (202) 429-3902 - FAX<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Raphael O. Gomez, Esq., Sr. Trial Counsel<br>U.S. Dept. of Justice, Fed. Programs Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 - FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty Street. Suite 600<br>Reno, Nevada 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 - FAX<br>Attorneys for Department of Defense | Bridget Robb Peck, Esq.<br>Lewis and Roca LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Tel: (775) 823-2900; Fax: (775) 823-2929<br>bpeck@lrlaw.com<br>Attorneys for Atigeo LLC & Michael Sandoval |
| Roland Tellis, Esq.<br>Marshall B. Grossman, Esq.<br>Heather L. Ristau, Esq.<br>Bingham McCutchen LLP<br>The Water Garden<br>1620 26th Street, Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Fax: (310) 907-2143<br>E-mail: roland.tellis@bingham.com;<br>marshall.grossman@bingham.com;<br>heather.ristau@bingham.com<br>Attorneys for Michael Sandoval | Robert E. Rohde, Esq.<br>Gregory Schwartz, Esq.<br>Rohde & Van Kampen<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Fax: (206) 405-2825<br>E-mail: brohde@rohdelaw.com,<br>gschwartz@rohdelaw.com<br>Attorneys for Atigeo LLC |

☒ **[ELECTRONIC]** By filing the document(s) electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the persons listed above at their respective email address.

1        I declare under penalty of perjury under the laws of the State of California and the United
2 States of America that the foregoing is true and correct.

3        Executed on September 26, 2008, at Los Angeles, California.

| Ellyn S. Garofalo | /s/ Ellyn S. Garofalo |
|---|---|
| (Type or print name) | (Signature) |

# EXHIBIT "11"

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, December 1, 2020 3:58 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

I will enquire regarding the status of the review initiated last month.

**GREG ADDINGTON**
Assistant United States Attorney

---

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, December 1, 2020 2:48 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington, my client has been patient for many years now. If the government wants to resolve things with my client, it best do so asap. John Doubek

---

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Monday, October 26, 2020 11:12 AM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Thank you for your patience in this matter. Your October 9 letter has been referred to me for response. Your letter references a proposed "Bivens" complaint you intend to file on behalf of Mr. Montgomery. You also reference and provide a copy of the protective order entered by the U.S. District Court in 2007 in litigation involving Mr. Montgomery. As you know, the protective order describes categories of information and materials which cannot be disclosed and which cannot be the subject of discovery or evidentiary presentation, based on the US invocation of its state secrets privilege.

In your letter, you state your view that the protective order "clearly prevents Dennis Montgomery from filing a Bivens complaint and possibly other complaints against the Government." You request this office's views as to "how you want us to proceed."

It is our view the protective order remains in place to preclude disclosure of the categories of information and related materials described in the order, based on the circumstances giving rise to the protective order – including the state secrets privilege invoked by the United States. As you know, the protective order includes a mechanism for US review of materials if there is a concern about specific information or materials which might arguably be encompassed by the order.

We cannot assess what, if anything, in the proposed Bivens complaint might be implicated by the terms of the protective order because we do not have a copy of the proposed complaint. If you will provide me with a draft copy of the Bivens complaint (and any corresponding materials you would anticipate disclosing as part of the filing of the complaint), as contemplated by the terms of the protective order, I will obtain the review of the complaint/materials consistent with the protective order and advise you accordingly. I am supposing that review would be completed within 30 days – though that expectation is tempered by the fact that I do not know if your proposed complaint is 5 pages long or 500 pages long so I cannot now commit to a firm time period for the review.

If you have any questions, do not hesitate to contact me.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, October 20, 2020 3:16 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington: My client would like to get this matter resolved sooner than later. Because Of Mr. Negroponte's SS directive, my client has been stripped of his rights to do a lot of things for too many years now. Please get back to me asap. John D

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:12 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Your above-referenced October 9 letter was received. The matters described therein are being reviewed for appropriate response.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

# EXHIBIT "12"

| From: | Eisenberg, Joseph |
|---|---|
| To: | Terry, Billie |
| Cc: | Dennis |
| Subject: | FW: Review of former counsel files at Liner firm by United States |
| Date: | Monday, May 24, 2010 1:08:10 PM |
| Attachments: | Liner Document Inventory.pdf |
| | Liner Hard Drive Inventory.pdf |
| | Liner CD Inventory.pdf |

-----Original Message-----
From: Gomez, Raphael (CIV) [mailto:Raphael.Gomez@usdoj.gov]
Sent: Monday, May 24, 2010 12:57 PM
To: Ellyn S. Garofalo; Kathleen Goldberg; Eisenberg, Joseph; Michael Flynn
Cc: Wells, Carlotta (CIV); Raya, Sharon M. (CIV)
Subject: Review of former counsel files at Liner firm by United States

Counsel,

As we orally have informed you, the United States has conducted an initial review of the 210 boxes of former counsel files at the Liner firm.  All 210 boxes of materials, minus the documents and media pulled for further security review, require no further review by the United States.

Please find attached an inventory of the hard copies, hard drives, and CD's/DVD's that have been pulled from boxes 101 through 210 (please note that the first 100 boxes were discovery produced by eTreppid to Montgomery in the eTreppid case and were released by the United States in late January 2010).

We will forward a projected date for completion of the review of the pulled hard copies, hard drives and CD's/DVD's.

If you have any questions, please email or call.

Raphael Gomez
Carlotta Wells

202 514-1318
202 514-4522

| CD No. | ADDITIONAL INFO |
|---|---|
| **BOX 101** | |
| CD - 000001 | |
| CD - 000002 | |
| CD - 000003 | |
| CD - 000004 | DVD |
| CD - 000005 | |
| CD - 000006 | |
| CD - 000007 | |
| CD - 000008 | |
| CD - 000009 | |
| CD - 000010 | |
| CD - 000011 | DVD |
| CD - 000012 | DVD |
| CD - 000013 | |
| CD - 000014 | |
| CD - 000015 | DVD |
| CD - 000016 | DVD |
| CD - 000017 | DVD |
| CD - 000018 *Microsoft XP | |
| CD - 000019 *Dancing w/ the stars | DVD |
| CD - 000020 *Dancing w/ the stars | DVD |
| CD - 000021 | |
| CD - 000022 | |
| CD - 000023 | DVD |
| CD - 000024 | DVD |
| CD - 000025 | DVD |
| CD - 000026 | DVD |
| CD - 000027 | DVD |
| CD - 000028 | DVD |
| CD - 000029 | DVD |
| CD - 000030 | DVD |
| CD - 000031 | DVD |
| CD - 000032 | |
| CD - 000033 | |
| CD - 000034 | DVD |
| CD - 000035 | |
| CD - 000036 | |
| CD - 000037 | |
| CD - 000038 | DVD |
| CD - 000039 | DVD |
| CD - 000040 | |
| CD - 000041 | |
| CD - 000042 | DVD |
| CD - 000043 | DVD |
| CD - 000044 | DVD |
| CD - 000045 | |

| | |
|---|---|
| CD - 000046 | |
| CD - 000047 | |
| CD - 000048 | |
| CD - 000049 | |
| CD - 000050 | |
| CD - 000051 | |
| CD - 000052 | |
| CD - 000053 | DVD |
| CD - 000054 | |
| CD - 000055 | DVD |
| CD - 000056 | DVD |
| CD - 000057 | |
| CD - 000058 | |
| CD - 000059 | DVD |
| CD - 000060 | DVD |
| CD - 000061 | DVD |
| CD - 000062 | |
| CD - 000063 | DVD |
| CD - 000064 | DVD |
| CD - 000065 | DVD |
| CD - 000066 | DVD |
| CD - 000067 | DVD |
| CD - 000068 | |
| CD - 000069 | |
| CD - 000070 | DVD |
| CD - 000071 | DVD |
| CD - 000072 | DVD |
| CD - 000073 | DVD |
| CD - 000074 | |
| CD - 000075 | |
| CD - 000076 | DVD |
| CD - 000077 | DVD |
| CD - 000078 | DVD |
| CD - 000079 | DVD |
| CD - 000080 | |
| CD - 000081 | |
| CD - 000082 | |
| CD - 000083 | |
| CD - 000084 | |
| CD - 000085 | DVD |
| CD - 000086 | DVD |
| CD - 000087 | DVD |
| CD - 000088 | DVD |
| CD - 000089 | |
| CD - 000090 | |
| CD - 000091 | DVD |
| CD - 000092 | |

| CD - 000093 | DVD |
|---|---|
| CD - 000094 | DVD |
| CD - 000095 | DVD |
| CD - 000096 | DVD |
| CD - 000097 | DVD |
| CD - 000098 | |
| CD - 000099 | |
| CD - 000100 | DVD |
| CD - 000101 | DVD |
| CD - 000102 | |
| CD - 000103 | DVD |
| CD - 000104 | DVD |
| CD - 000105 | DVD |
| CD - 000106 | DVD |
| CD - 000107 | DVD |
| CD - 000108 | DVD |
| CD - 000109 | DVD |
| CD - 000110 | DVD |
| CD - 000111 | DVD |
| CD - 000112 | DVD |
| CD - 000113 | DVD |
| CD - 000114 | DVD |
| CD - 000115 | |
| CD - 000116 | DVD |
| CD - 000117 | DVD |
| CD - 000118 | |
| CD - 000119 | |
| CD - 000120 | DVD |
| CD - 000121 | DVD |
| CD - 000122 | |
| CD - 000123 | |
| CD - 000124 | |
| CD - 000125 | |
| CD - 000126 | |
| CD - 000127 | |
| CD - 000128 | |
| CD - 000129 | |
| CD - 000130 | |
| CD - 000131 | |
| CD - 000132 | |
| CD - 000133 | DVD |
| CD - 000134 | |
| CD - 000135 | |
| CD - 000136 | |
| CD - 000137 | |
| CD - 000138 | |
| CD - 000139 | |

| | |
|---|---|
| CD - 000140 | |
| CD - 000141 | |
| CD - 000142 | |
| CD - 000143 | |
| CD - 000144 | |
| CD - 000145 | |
| CD - 000146 | |
| CD - 000147 | |
| CD - 000148 | |
| CD - 000149 | |
| CD - 000150 | |
| CD - 000151 | |
| CD - 000152 | |
| CD - 000153 | |
| CD - 000154 | |
| CD - 000155 | |
| CD - 000156 | |
| CD - 000157 | |
| CD - 000158 | |
| CD - 000159 | |
| CD - 000160 | |
| CD - 000161 | |
| CD - 000162 | |
| CD - 000163 | |
| CD - 000164 | |
| CD - 000165 | |
| CD - 000166 | |
| CD - 000167 | |
| CD - 000168 | |
| CD - 000169 | |
| CD - 000170 | |
| CD - 000171 | |
| CD - 000172 | |
| CD - 000173 | |
| CD - 000174 | |
| CD - 000175 | |
| CD - 000176 | |
| CD - 000177 | |
| CD - 000178 | |
| CD - 000179 | |
| CD - 000180 | |
| CD - 000181 | |
| CD - 000182 | |
| CD - 000183 | |
| CD - 000184 | |
| CD - 000185 | |
| CD - 000186 | |

| | |
|---|---|
| CD - 000187 | |
| CD - 000188 | |
| CD - 000189 | |
| CD - 000190 | |
| CD - 000191 | |
| CD - 000192 | |
| CD - 000193 | |
| CD - 000194 | |
| CD - 000195 | |
| CD - 000196 | |
| CD - 000197 | |
| CD - 000198 | |
| CD - 000199 | DVD |
| CD - 000200 | DVD |
| CD - 000201 | DVD |
| **BOX - 105** | |
| CD - 000223 *Fire Connect | |
| CD - 000224 | |
| CD - 000225 | |
| CD - 000226 | |
| CD - 000227 *Dark City (Movie) | DVD |
| CD - 000228 *School of Rock (Movie) | DVD |
| CD - 000229  *Lost in Trans (Movie) | DVD |
| CD - 000230 *After the Sunset (Movie) | DVD |
| CD - 000231 | DVD |
| CD - 000232 | DVD |
| CD - 000233 | DVD |
| CD - 000234 | DVD |
| CD - 000235 | DVD |
| CD - 000236 *Windows XP | |
| CD - 000237 | DVD |
| CD - 000238 | DVD |
| CD - 000239 *Sync master | |
| CD - 000240 * Windows XP | |
| CD - 000241 | DVD |
| CD - 000242 *Video Capture Software | |
| CD - 000243 *Windows XP | |
| CD - 000244 | DVD |
| CD - 000245 *Video Capture Software | |
| CD - 000246 *Windows XP | |
| CD - 000247 | DVD |
| CD - 000248 | DVD |
| CD - 000249 | DVD |
| CD - 000250 | DVD |
| CD - 000251 | |
| CD - 000252 | DVD |
| CD - 000253 | DVD |

| | |
|---|---|
| CD - 000254 | |
| CD - 000255 | |
| CD - 000256 | DVD |
| CD - 000257 | DVD |
| CD - 000258 | DVD |
| CD - 000259 | |
| CD - 000260 | DVD |
| CD - 000261 | DVD |
| CD - 000262 | DVD |
| CD - 000263 | DVD |
| CD - 000264 | DVD |
| CD - 000265 | |
| CD - 000266 | DVD |
| CD - 000267 | |
| CD - 000268 | DVD |
| CD - 000269 | DVD |
| CD - 000270 | DVD |
| CD - 000271 | DVD |
| CD - 000272 | |
| CD - 000273 | |
| CD - 000274 | DVD |
| CD - 000275 | DVD |
| CD - 000276 | |
| CD - 000277 | |
| **BOX 106** | |
| CD - 000219 | |
| **BOX 114** | |
| CD - 000278 | |
| CD - 000279 | DVD |
| CD - 000280 | |
| CD - 000281 | DVD |
| CD - 000282 | |
| CD - 000283* (IBM Commercial) | |
| CD - 000284 | |
| CD - 000285 | |
| CD - 000286 | |
| CD - 000287 | |
| CD - 000288 | DVD |
| CD - 000289 | |
| CD - 000290 | |
| CD - 000291 | |
| CD - 000292 | |
| CD - 000293 | |
| CD - 000294 | |
| CD - 000295 | |
| CD - 000296 | |
| CD - 000297* (Adobe) | |

| | |
|---|---|
| CD - 000298 | |
| CD - 000299 | |
| CD - 000300 | |
| CD - 000301 | |
| CD - 000302 | |
| CD - 000303 | |
| CD - 000304 | |
| CD - 000305 | DVD |
| CD - 000306 | |
| CD - 000307 | |
| CD - 000308 | |
| CD - 000309* (Music) | |
| CD - 000310* (Win 95) | |
| CD - 000311 | |
| CD - 000312 | |
| CD - 000313 | |
| CD - 000314 | |
| CD - 000315 | DVD |
| CD - 000316 | |
| CD - 000317* (WIN 95) | |
| CD - 000318 | DVD |
| CD - 000319 | |
| CD - 000320 | |
| CD - 000321 | |
| CD - 000322 | |
| CD - 000323 | |
| CD - 000324* (Old Windows Upd.) | |
| CD - 000325 | |
| CD - 000326 | |
| CD - 000327 | |
| CD - 000328 | |
| CD - 000329* (Elvis pt. 2) | |
| CD - 000330 | |
| CD - 000331 | |
| CD - 000332 | |
| CD - 000333 | |
| CD - 000334 | |
| CD - 000335 | |
| CD - 000336 | |
| CD - 000337 | |
| CD - 000338 | |
| CD - 000339 | |
| CD - 000340 | |
| CD - 000341 | |
| CD - 000342 | |
| CD - 000343 | |
| CD - 000344 | |

| | |
|---|---|
| CD - 000345 | |
| CD - 000346 | |
| CD - 000347 | |
| CD - 000348 | |
| CD - 000349 | |
| CD - 000350 | |
| CD - 000351 | |
| CD - 000352 | |
| CD - 000353 | |
| CD - 000354 | |
| CD - 000355 | |
| CD - 000356 | |
| CD - 000357 | |
| CD - 000358 | DVD |
| CD - 000359 | |
| CD - 000360** (Unreadable 360-370) | DVD |
| CD - 000361 | |
| CD - 000362 | |
| CD - 000363 | |
| CD - 000364 | |
| CD - 000365 | |
| CD - 000366 | |
| CD - 000367 | DVD |
| CD - 000368 | |
| CD - 000369 | |
| CD - 000370** | |
| CD - 000371* (Dolby Test Files) | |
| CD - 000372 | |
| CD - 000373* (Kodak Frames) | |
| CD - 000374* (Partition Magic 8.02) | |
| CD - 000375 | |
| CD - 000376* (HP) | DVD |
| CD - 000377* (ADP) | |
| CD - 000378 | |
| CD - 000379 | DVD |
| CD - 000380 | |
| CD - 000381* (Win XP) | |
| CD - 000382 | |
| CD - 000383 | DVD |
| CD - 000384* (Mic Office 2003) | |
| CD - 000385* (Mic XP) | |
| CD - 000386* (Dancing w/ Stars) | DVD |
| CD - 000387* (Dancing w/ Stars) | DVD |
| CD - 000388 | DVD |
| CD - 000389 | |
| CD - 000390 | |
| CD - 000391 | DVD |

| | |
|---|---|
| CD - 000392 | DVD |
| CD - 000393 | DVD |
| CD - 000394 | |
| CD - 000395 | |
| CD - 000396* (Symantec) | |
| CD - 000397* (Mic XP) | |
| CD - 000398 | DVD |
| CD - 000399* (Mic Office 2003) | |
| CD - 000400* (Mic XP) | |
| CD - 000401* (Dancing w/ Stars) | DVD |
| CD - 000402* (Dancing w/ Stars) | DVD |
| CD - 000403 | DVD |
| CD - 000404 | |
| CD - 000405 | |
| CD - 000406 | DVD |
| CD - 000407 | DVD |
| CD - 000408 | DVD |
| CD - 000409 | |
| CD - 000410 | |
| CD - 000411* (Symantec) | |
| CD - 000412* (Microsoft XP) | |
| CD - 000413 | DVD |
| CD - 000414* (Mic Office 2003) | |
| CD - 000415* (Mic XP) | |
| CD - 000416* (Dancing w/ Stars) | DVD |
| CD - 000417* (Dancing w/ Stars) | DVD |
| CD - 000418 | DVD |
| CD - 000419 | |
| CD - 000420 | |
| CD - 000421 | DVD |
| CD - 000422 | DVD |
| CD - 000423 | DVD |
| CD - 000424 | |
| CD - 000425 | |
| CD - 000426*(Symantec) | |
| CD - 000427* (Mic XP) | |
| **BOX 117** | |
| CD - 000220 | |
| **BOX 131** | |
| CD - 000217 | |
| **BOX 145** | |
| CD - 000218 | |
| **BOX 165** | |
| CD - 000431 | |
| CD - 000432 | |
| **BOX 180** | |
| CD - 000221 | |

| BOX 181 | | |
|---|---|---|
| CD - 000202 | | |
| CD - 000203 | | |
| CD - 000204 | | |
| CD - 000205 | | DVD |
| CD - 000206 | | DVD |
| CD - 000207 | | |
| CD - 000208 | | DVD |
| CD - 000209 | | |
| CD - 000210 | | |
| CD - 000211 | | |
| CD - 000212 | | DVD |
| CD - 000213 | | DVD |
| CD - 000214 | | |
| CD - 000215 | | |
| CD - 000216 | | |
| CD - 000430 | | DVD |
| BOX 188-1 | | |
| CD - 000222 | | |
| BOX 189 | | |
| CD - 000428 | | |
| BOX 190 | | |
| CD - 000429 | | |
| BOX 207 | | |
| CD - 000433 | | |
| CD - 000434 | | |
| CD - 000435 | | |

# LINER FILES: DOCUMENT INVENTORY

| Present | BOX | CONTENTS | DESCRIPTION | RELEASED | PULL DETAILS |
|---------|-----|----------|-------------|----------|--------------|
| N/A | 1 | DISCOVERY | N/A | Y | |
| N/A | 2 | DISCOVERY | N/A | Y | |
| N/A | 3 | DISCOVERY | N/A | Y | |
| N/A | 4 | DISCOVERY | N/A | Y | |
| N/A | 5 | DISCOVERY | N/A | Y | |
| N/A | 6 | DISCOVERY | N/A | Y | |
| N/A | 7 | DISCOVERY | N/A | Y | |
| N/A | 8 | DISCOVERY | N/A | Y | |
| N/A | 9 | DISCOVERY | N/A | Y | |
| N/A | 10 | DISCOVERY | N/A | Y | |
| N/A | 11 | DISCOVERY | N/A | Y | |
| N/A | 12 | DISCOVERY | N/A | Y | |
| N/A | 13 | DISCOVERY | N/A | Y | |
| N/A | 14 | DISCOVERY | N/A | Y | |
| N/A | 15 | DISCOVERY | N/A | Y | |
| N/A | 16 | DISCOVERY | N/A | Y | |
| N/A | 17 | DISCOVERY | N/A | Y | |
| N/A | 18 | DISCOVERY | N/A | Y | |
| N/A | 19 | DISCOVERY | N/A | Y | |
| N/A | 20 | DISCOVERY | N/A | Y | |
| N/A | 21 | DISCOVERY | N/A | Y | |
| N/A | 22 | DISCOVERY | N/A | Y | |
| N/A | 23 | DISCOVERY | N/A | Y | |
| N/A | 24 | DISCOVERY | N/A | Y | |
| N/A | 25 | DISCOVERY | N/A | Y | |
| N/A | 26 | DISCOVERY | N/A | Y | |
| N/A | 27 | DISCOVERY | N/A | Y | |
| N/A | 28 | DISCOVERY | N/A | Y | |
| N/A | 29 | DISCOVERY | N/A | Y | |
| N/A | 30 | DISCOVERY | N/A | Y | |
| N/A | 31 | DISCOVERY | N/A | Y | |
| N/A | 32 | DISCOVERY | N/A | Y | |
| N/A | 33 | DISCOVERY | N/A | Y | |

DOJ Security Office Boxes 1-3

DOCUMENT INVENTORY PAGE 1

## LINER FILES: DOCUMENT INVENTORY

| | | | | |
|---|---|---|---|---|
| N/A | 34 | DISCOVERY | N/A | Y |
| N/A | 35 | DISCOVERY | N/A | Y |
| N/A | 36 | DISCOVERY | N/A | Y |
| N/A | 37 | DISCOVERY | N/A | Y |
| N/A | 38 | DISCOVERY | N/A | Y |
| N/A | 39 | DISCOVERY | N/A | Y |
| N/A | 40 | DISCOVERY | N/A | Y |
| N/A | 41 | DISCOVERY | N/A | Y |
| N/A | 42 | DISCOVERY | N/A | Y |
| N/A | 43 | DISCOVERY | N/A | Y |
| N/A | 44 | DISCOVERY | N/A | Y |
| N/A | 45 | DISCOVERY | N/A | Y |
| N/A | 46 | DISCOVERY | N/A | Y |
| N/A | 47 | DISCOVERY | N/A | Y |
| N/A | 48 | DISCOVERY | N/A | Y |
| N/A | 49 | DISCOVERY | N/A | Y |
| N/A | 50 | DISCOVERY | N/A | Y |
| N/A | 51 | DISCOVERY | N/A | Y |
| N/A | 52 | DISCOVERY | N/A | Y |
| N/A | 53 | DISCOVERY | N/A | Y |
| N/A | 54 | DISCOVERY | N/A | Y |
| N/A | 55 | DISCOVERY | N/A | Y |
| N/A | 56 | DISCOVERY | N/A | Y |
| N/A | 57 | DISCOVERY | N/A | Y |
| N/A | 58 | DISCOVERY | N/A | Y |
| N/A | 59 | DISCOVERY | N/A | Y |
| N/A | 60 | DISCOVERY | N/A | Y |
| N/A | 61 | DISCOVERY | N/A | Y |
| N/A | 62 | DISCOVERY | N/A | Y |
| N/A | 63 | DISCOVERY | N/A | Y |
| N/A | 64 | DISCOVERY | N/A | Y |
| N/A | 65 | DISCOVERY | N/A | Y |
| N/A | 66 | DISCOVERY | N/A | Y |
| N/A | 67 | DISCOVERY | N/A | Y |

# LINER FILES: DOCUMENT INVENTORY

| | | | |
|---|---|---|---|
| N/A | 68 DISCOVERY | N/A | Y |
| N/A | 69 DISCOVERY | N/A | Y |
| N/A | 70 DISCOVERY | N/A | Y |
| N/A | 71 DISCOVERY | N/A | Y |
| N/A | 72 DISCOVERY | N/A | Y |
| N/A | 73 DISCOVERY | N/A | Y |
| N/A | 74 DISCOVERY | N/A | Y |
| N/A | 75 DISCOVERY | N/A | Y |
| N/A | 76 DISCOVERY | N/A | Y |
| N/A | 77 DISCOVERY | N/A | Y |
| N/A | 78 DISCOVERY | N/A | Y |
| N/A | 79 DISCOVERY | N/A | Y |
| N/A | 80 DISCOVERY | N/A | Y |
| N/A | 81 DISCOVERY | N/A | Y |
| N/A | 82 DISCOVERY | N/A | Y |
| N/A | 83 DISCOVERY | N/A | Y |
| N/A | 84 DISCOVERY | N/A | Y |
| N/A | 85 DISCOVERY | N/A | Y |
| N/A | 86 DISCOVERY | N/A | Y |
| N/A | 87 DISCOVERY | N/A | Y |
| N/A | 88 DISCOVERY | N/A | Y |
| N/A | 89 DISCOVERY | N/A | Y |
| N/A | 90 DISCOVERY | N/A | Y |
| N/A | 91 DISCOVERY | N/A | Y |
| N/A | 92 DISCOVERY | N/A | Y |
| N/A | 93 DISCOVERY | N/A | Y |
| N/A | 94 DISCOVERY | N/A | Y |
| N/A | 95 DISCOVERY | N/A | Y |
| N/A | 96 DISCOVERY | N/A | Y |
| N/A | 97 DISCOVERY | N/A | Y |
| N/A | 98 DISCOVERY | N/A | Y |
| N/A | 99 DISCOVERY | N/A | Y |
| N/A | 100 DISCOVERY | N/A | |
| N/A | 101 OTHER | **1 Pull:** **Pull 1:** CDs that appear to be discovery materials | Y |

DOJ Security Office Boxes 1-3

DOCUMENT INVENTORY PAGE 3

**LINER FILES: DOCUMENT INVENTORY**

| | | | |
|---|---|---|---|
| N/A | 102 OTHER | N/A | Y |
| YES | 103 OTHER | **4 Pulls:**<br>**Pull 1:** 6/19/06 Flynn Email **(001-005)**<br>**Pull 2:** 7/19/06 Flynn Email **(001-004)**<br>**Pull 3:** 8/14/06 Flynn Email **(001-014)**<br>**Pull 4:** 9/26/06 Mongtomery Email **(001-016)** | N |
| YES | 104 OTHER | **1 Pull:**<br>**Pull 1:** 3/1/06 Flynn Ltr **(001-008)** | N |
| N/A | 105 OTHER | Hard drives and CDs | N |
| N/A | 106 OTHER | **1 Pull:**<br>**Pull 1:** CD | Y |
| YES | 107 PLEADINGS | **6 Pulls:**<br>**Pull 1:** 3/11/06 Dec of Flynn **(001-004)**;<br>**Pull 2:** 3/11/06 Dec of Flynn **(001-004)**;<br>**Pull 3:** 4/3/06 Reply Memo **(001-029)**;<br>**Pull 4:** 4/21/08 Reply Memo **(001-035)**;<br>**Pull 5:** 3/11/06 Dec of Flynn **(001-006)**;<br>**Pull 6:** 4/3/06 Reply Memo **(001-029)** | Y |
| YES | 108 PLEADINGS | **2 Pulls:**<br>**Pull 1:**Flynn Declaration **(001-007)**<br>**Pull 2:** 3/17/07 Email **(001-002)** | Y |
| YES | 109 OTHER | **2 Pulls:**<br>**Pull 1:** 2/26/07 Email **(001)**;<br>**Pull 2:** 2/13/07 Email **(001)** | Y |
| N/A | 110 OTHER | N/A | Y |
| N/A | 111 OTHER | N/A | Y |
| N/A | 112 OTHER | N/A | Y |
| YES | 113 OTHER | **5 Pulls:**<br>**Pull 1:** 2/13/07 Email **(001-009)**;<br>**Pull 2:** 2/26/07 Email **(001-004)**;<br>**Pull 3:** 3/16/07 Email **(001-012)**;<br>**Pull 4:** 3/16/07 Email **(001-008)**;<br>**Pull 5:** 3/24/07 Email **(001-003)** | N |
| N/A | 114 OTHER | CDs for review | N |
| N/A | 115 PLEADINGS | N/A | Y |
| N/A | 116 OTHER | Hard drives | N |

DOJ Security Office Boxes 1-3

DOCUMENT INVENTORY PAGE 4

**LINER FILES: DOCUMENT INVENTORY**

| | | | | |
|---|---|---|---|---|
| YES | 117 PLEADINGS | **4 Pulls:**<br>**Pull 1:** 3/11/06 Dec of Flynn; **(001-004)**<br>**Pull 2:** 4/3/06 Reply Mem **(001-029);**<br>**Pull 3:** CD pulled;<br>**Pull 4:** List of T. Pham file pulled **(001-014)** | Y | |
| YES | 118 PLEADINGS | **1 Pull:**<br>**Pull 1:** 3/11/06 Dec of Flynn **(001-004)** | Y | |
| YES | 119 PLEADINGS | **4 Pulls:**<br>**Pull 1:** 5/21/08Reply Memo **(001-035);**<br>**Pull 2:** 3/11/06 Dec of Flynn **(001-010);**<br>**Pull 3:** 4/3/06 Reply Memo **(001-029);** *<br>**Pull 4:** (001-004) 3/11/06 Dec of Flynn **(001-004)** | Y | |
| YES | 120 OTHER | **3 Pulls:**<br>**Pull 1:** 9/26/06 Montgomery Email **(001)**<br>**Pull 2:** 9/26/06 Montgomery Email **(001)**<br>**Pull 3:** 9/26/06 Montgomery Email **(001)** | <u>**Y**</u> | |
| N/A | 121 OTHER | N/A | Y | |
| N/A | 122 OTHER | N/A | Y | |
| N/A | 123 OTHER | N/A | Y | |
| YES | 124 OTHER | **1 Pull:**<br>**Pull 1:** Montgomery Discovery (not Bates labeled by parties) **(001-120)** | | |
| YES | 125 OTHER | **20 Pulls:**<br>**Pull 1:** 5/4/07 Flynn Ltr **(001-013);**<br>**Pull 2:** 5/5/07 Flynn Ltr **(001-013);**<br>**Pull 3:** 9/23/06 SF-95.doc **(001-013);**<br>**Pull 4:** 8/24/06 Interrogatories **(001-018);**<br>**Pull 5:** 3/1/06 Draft Rumsfield, et al. Ltr **(001-046);**<br>**Pull 6:** 6/3/07 Flynn Email **(001)**<br>**Pull 7:** 6/3/07 Flynn Email **(001-008)**<br>**Pull 8:** 6/6/07 Flynn Email **(001)**<br>**Pull 9:** 6/10/07 Flynn Email **(001)**<br>**Pull 10:** Exhibit Listing and Description **(001-002)**<br>**Pull 11:** 6/23/07 Flynn Email **(001-004)**<br>**Pull 12:** 6/23/07 Flynn Email **(001-003)**<br>**Pull 13:** 6/23/07 Flynn Email **(001-004)**<br>**Pull 14:** 6/23/07 Flynn Email **(001-002)**<br>**Pull 15:** 4/13/07 Flynn Ltr **(001-010)**<br>**Pull 16:** Draft Flynn Ltr **(001-015)**<br>**Pull 17:** 5/9/07 Flynn Email **(001-003)** | **Pull 18:** 5/9/07 Flynn Email **(001-003)**<br>**Pull 19:** Rumsfeld Ltr **(001-008)**<br>**Pull 20:** 4/9/07 Flynn Email **(001-002)** | N |

# LINER FILES: DOCUMENT INVENTORY

| | | | | |
|---|---|---|---|---|
| YES | 126 OTHER | **12 Pulls:**<br>**Pull 1: 5/8/07 Mont Email (001-002);**<br>**Pull 2: 3/1/06 Rumsfield Ltr (001-007);**<br>**Pull 3: Etreppid legal spreadsheet (001-033);**<br>**Pull 4: 6/10/07 Email (001-003);**<br>**Pull 5: 6/10/07 Email(001-002);**<br>**Pull 6: 6/10/07 Email (001-002);**<br>**Pull 7: 6/10/07 Emai (001-002);**<br>**Pull 8: 6/10/07 Email (001-003);**<br>**Pull 9: 6/6/07 Email (001-002);**<br>**Pull 10: 6/4/07 Email (001-003);**<br>**Pull 11: 6/3/07 Email (001-017);**<br>**Pull 12: 6/11/07 Montgomery Declaration (001-004);**<br>**Pull 13: 6/10/07 Email (001-021);**<br>**Pull 14: 3/11/06 Declaration (001-009);**<br>**Pull 15: Reply Memo Buckthorne (001-037);**<br>**Pull 16: 4/18/06 Email (001-004);**<br>**Pull 17: Montgomery Objection to DOD (06-cv-056 Dkt# 125) (001-0??)** | N | |
| N/A | 127 OTHER | Hard drives | N | |
| N/A | 128 OTHER | N/A | Y | |
| N/A | 129 OTHER | N/A | Y | |
| N/A | 130 OTHER | N/A | Y | |
| N/A | 131 OTHER | **1 Pull:**<br>**Pull 1: CD** | Y | |
| N/A | 132 OTHER | N/A | Y | |
| N/A | 133 OTHER | N/A | Y | |
| YES | 134 OTHER | **4 Pulls:**<br>**Pull 1: 7/5/06 Email (001-014);**<br>**Pull 2: 5/30/06 Email (001-002);**<br>**Pull 3: Notes (001-007);**<br>**Pull 4: 9/26/06 Flynn Email (001-008)** | N | |
| YES | 135 PLEADINGS | **4 Pulls:**<br>**Pull 1: Montgomery Declaration (001-004)**<br>**Pull 2: Response to DOD Motion (001-202)**<br>**Pull 3: Montgomery Declaration (001-023)**<br>**Pull 4: 10/30/06 Sealed Montgomery Decl. in Response to DOD Motion for Protective Order -Signed (001-023)** | | Pull 1:001-004<br>Pull 2: 001-202 |

**LINER FILES: DOCUMENT INVENTORY**

| | | | | |
|---|---|---|---|---|
| YES | 136 OTHER | **4 Pulls:**<br>**Pull 1:** 7/5/06 Email **(001)**;<br>**Pull 2:** Contract Documents **(001-010)**;<br>**Pull 3:** Negroponte Questions **(001-005)**;<br>**Pull 4:** Montgomery Declaration **(001-022)** | Y | Pull 1: 001-022<br>Pull 2: |
| YES | 137 OTHER | **3 Pulls:**<br>**Pull 1:** 4/10/06 Park Email **(001-004)**;<br>**Pull 2:** 3/11/06 Flynn Declaration -Unsigned- **(001-004)**<br>**Pull 3:** Reply Memo for Return of Property **(001-029)** | Y | Pull 2: 001-004<br>Pull 3: 001-029 |
| YES | 138 PLEADINGS | N/A | Y | |
| YES | 139 OTHER | **30 Pulls:**<br>**Pull 1:** 2/2007 Flynn Declaration **(001-016)**;<br>**Pull 2:** 2/2007 Montgomery Declaration **(001-009**;<br>**Pull 3:** 2/26/2007 Email **(001**;<br>**Pull 4:** 2/13/2007 Email **(001-003)**;<br>**Pull 5:** 2/2007 Montgomery Declaration **(001-005)**;<br>**Pull 6:** 2/2007 Montgomery Declaration **(001-006)**;<br>**Pull 7:** 2/2007 Flynn Declaration in Supp of Montgomery Opp. to Govt Motion to Strike **(001-018)**;<br>**Pull 8:** 2/2007 Montgomery Declaration 2 copies -Unsigned-**(001-019)**;<br>**Pull 9:** 3/2007 Email Chain **(001-011)**;<br>**Pull 10:** 3/16/07 Email **(001-004)**;<br>**Pull 11:** Complaint for violation of false claims act **Draft-1 (001-046)**;<br>**Pull 12:** Complaint for violation of false claims act **Draft-2 (001-047)**;<br>**Pull 13:** Complaint for violation of false claims act **Draft-3 (001-044)**;<br>**Pull 14:** Complaint for violation of false claims act **Draft-4 (001-040)**;<br><br>**Pull 15:** Complaint for violation of false claims act Draft-5 **(001-046)**;<br>**Pull 16:** Complaint for violation of false claims act Draft-6 **(001-046)**;<br>**Pull 17:** Flynn Declaration **(001-004)**;<br>**Pull 18:** Flynn Declaration **(001-006)**;<br>**Pull 19:** Motion to Unseal **(001-017)**;<br>**Pull 20:** Flynn Declaration **(001-012)**;<br>**Pull 21:** Flynn Declaration **(001-011)**;<br>**Pull 22:** Negroponte Questions **(001-009)**;<br>**Pull 23:** Negroponte Questions **(001-006)**;<br>**Pull 24:** Negroponte Questions **(001-004)**;<br>**Pull 25:** Negroponte Questions **(001-004)**;<br>**Pull 26:** 2/9/07 Flynn Ltr **(001-005)**;<br>**Pull 27:** 2/9/07 Flynn Ltr **(001-005)**;<br>**Pull 28:** 2/9/07 Flynn Ltr **(001-003)**;<br>**Pull 29:** 3/24/07 Email **(001-002)**;<br>**Pull 30:** 1/2007 Montgomery Declaration **(001-007)** | N | |

# LINER FILES: DOCUMENT INVENTORY

| | # | Type | Description | Y/N | |
|---|---|---|---|---|---|
| YES | 140 | OTHER | **7 Pulls:** Pull 1: Transcript Excerpt **(001-005)**; Pull 2: Transcript Excerpt **(001-005)**; Pull 3: 8/16/06 Sealed Declaration of Montgomery -Unsigned- **(001-009)**; Pull 4: 8/16/06 Sealed Declaration of Montgomery -Unsigned-**(001-019)**; Pull 5: 8/16/06 Sealed Declaration of Montgomery -Unsigned- **(001-020)**; | | **Pull 6:** 10/06 2 Copies Sealed Declaration of Montgomery -Unsigned **(001-045)**; **Pull 7:** 11/30/06 Sealed Declaration of Montgomery -Unsigned- **(001-022)**   N |
| N/A | 141 | PLEADINGS | N/A | Y | |
| N/A | 142 | OTHER | N/A | Y | |
| N/A | 143 | OTHER | N/A | Y | |
| N/A | 144 | OTHER | N/A | Y | |
| N/A | 145 | OTHER | **1 Pull:** Pull 1: CD | Y | |
| N/A | 146 | PLEADINGS | N/A | Y | |
| YES | 147 | OTHER | **10 Pulls:** Pull 1: MONT40-43 **(001-004)**; Pull 2: MONT 288-296 **(001-008)**; Pull 3: MONT318-337 **(001-020)**; Pull 4: 4/13/07 Flynn Ltr **(001-018)**; Pull 5: 2/9/07 Flynn Ltr (2 copies) **(001-010)**; Pull 6: 6/22/06 Email **(001-002)**; Pull 7: 6/22/06 Email **(001-005)**; Pull 8: 3/1/06 Flynn Ltr **(001-013)**; Pull 9: 6/23/07 Flynn Email **(001-007)**; Pull 10: 6/23/07 Flynn Email **(001** | Y | |
| N/A | 148 | OTHER | N/A | Y | |
| N/A | 149 | PLEADINGS | N/A | Y | |
| YES | 150 | PLEADINGS | **2 Pulls:** Pull 1: 10/06 Draft Montgomery Response to DOD Motion for Protective Order **(001-044)**; Pull 2: 03/22/07 Montgomery Response to DOD Motion for Reconsideration **(001-009)** | Y | **Pull 1: 001-044** **Pull 2:** 001-009 |
| YES | 151 | OTHER | **1 Pull:** Pull 1: 6/11/07 Montgomery Declaration **(001-004)** | Y | |
| N/A | 152 | PLEADINGS | N/A | Y | |
| N/A | 153 | OTHER | N/A | Y | |
| N/A | 154 | OTHER | N/A | Y | |
| N/A | 155 | OTHER | N/A | Y | |

**LINER FILES: DOCUMENT INVENTORY**

| | | | |
|---|---|---|---|
| N/A | 156 PLEADINGS | N/A | Y |
| N/A | 157 PLEADINGS | N/A | Y |
| YES | 158 OTHER | **6 Pulls:**<br>**Pull 1:** 4/13/07 Flynn Ltr **(001-018)**;<br>**Pull 2:** 2/9/07 Flynn Ltr **(001-010)**;<br>**Pull 3:** 6/22/06 Flynn Email **(001-002)**;<br>**Pull 4:** 6/22/06 Flynn Email **(001-002)**;<br>**Pull 5:** 3/1/06 Flynn Ltr **(001-013)**;<br>**Pull 6:** 7/26/06 Flynn Ltr **(001-007)** | Y |
| N/A | 159 PLEADINGS | N/A | Y |
| N/A | 160 OTHER | N/A | Y |
| N/A | 161 PLEADINGS | N/A | Y |
| N/A | 162 DISCOVERY | N/A | Y |
| N/A | 163 PLEADINGS | N/A | Y |
| YES | 164 OTHER | **1 Pull:**<br>**Pull 1:** 4/13/07 Flynn Ltr. **(001-009)** | Y |
| YES | 165 OTHER | **2 Pulls:**<br>**Pull 1:** CD With Document Attached **(001)**<br>**Pull 2:** CD With Document Attached **(001-030)** | Y |
| YES | 166 OTHER | **3 Pulls:**<br>**Pull 1:** DM2845-2886 **(001-042)**;<br>**Pull 2:** DM2987-2998 **(001-012)**;<br>**Pull 3:** DM3145-3151 **(001-007)** | Y |
| N/A | 167 OTHER | N/A | Y |
| N/A | 168 PLEADINGS | N/A | Y |
| N/A | 169 OTHER | N/A | Y |
| N/A | 170 OTHER | N/A | Y |
| YES | 171 OTHER | **1 Pull:**<br>**Pull 1:** Draft Flynn Ltr **(001-008)** | Y |
| YES | 172 OTHER | **1 Pull:**<br>**Pull 1:** Potential witness list with handwritten notations **(001-002)** | Y |
| N/A | 173 PLEADINGS | N/A | Y |
| YES | 174 PLEADINGS | **4 Pulls:**<br>**Pull 1:** 2/27/07 Dec of Flynn **(001-037)**;<br>**Pull 2:** 6/2/06 Dec of Michael West **(001-008)**;<br>**Pull 3:** 06-cv-0263 Dkt# 125 Transcript **(001-085)**;<br>**Pull 4:** 3/3/06 Dec of Michael West **(001-014)** | Y |
| N/A | 175 PLEADINGS | N/A | Y |

## LINER FILES: DOCUMENT INVENTORY

| | | | | |
|---|---|---|---|---|
| YES | 176 | OTHER | **2 Pulls:** Pull 1: 4/13/07 Flynn Ltr to Cheney **(001-009)**; Pull 2: Dec of Flynn **(001-020)** | Y |
| N/A | 177 | PLEADINGS | N/A | Y |
| N/A | 178 | OTHER | N/A | Y |
| YES | 179 | OTHER | **2 Pulls:** Pull 1: 6/3/07 Email **(001-012)**; Pull 2: 5/8/07 Email **(001)** | Y |
| N/A | 180 | OTHER | **1 Pull:** CD | Y |
| N/A | 181 | OTHER | **5 Pulls:** 5 CDs pulled | Y |
| N/A | 182 | PLEADINGS | N/A | Y |
| N/A | 183 | OTHER | N/A | Y |
| N/A | 184 | OTHER | N/A | Y |
| N/A | 185 | OTHER | N/A | Y |
| N/A | 186 | OTHER | N/A | Y |
| N/A | 187 | OTHER | N/A | Y |
| N/A | 188 | PLEADINGS | **1 Pull:** CD pulled | Y |
| N/A | 189 | OTHER | **1 Pull:** CD pulled | Y |
| N/A | 190 | OTHER | **1 Pull:** CD pulled | Y |
| N/A | 191 | OTHER | **2 Pulls:** 2 Hard drives removed | Y |
| N/A | 192 | OTHER | N/A | Y |
| YES | 193 | PLEADINGS | **2 Pulls:** Pull 1: 06-cv-0263 Dkt# 103, MONT318-337 **(001-020)**; Pull 2: MONT288-296 **(001-009)**; | Y |
| N/A | 194 | OTHER | N/A | Y |
| YES | 195 | PLEADINGS | **1 Pull:** 3/22/07 Montgomery's Response to DoD's Request for Protection Order **(001-009)** | Y |
| YES | 196 | OTHER | **1 Pull:** Pull 1: Prayer for Relief **(001-042)** | Y |
| YES | 197 | PLEADINGS | **1 Pull:** Pull 1: 3/11/06 Dec of Flynn **(001-006)** | Y |
| N/A | 198 | DISCOVERY | N/A | Y |
| N/A | 199 | PLEADINGS | N/A | Y |
| N/A | 200 | PLEADINGS | N/A | Y |
| N/A | 201 | OTHER | Hard drives | N |
| N/A | 202 | OTHER | Hard drives | N |

# LINER FILES: DOCUMENT INVENTORY

| | | | | | |
|---|---|---|---|---|---|
| N/A | 203 OTHER | Hard drives | N | | |
| N/A | 204 OTHER | N/A | Y | | |
| YES | 205 OTHER | **8 Pulls:**<br>**Pull 1:** 4/10/06 Email **(001-004)**;<br>**Pull 2:** 10/31/07 Email **(001-002)**;<br>**Pull 3:** 3/16-18/07 Email chain **(001-004)**;<br>**Pull 4:** 3/16-18/07 Email chain **(001-007)**;<br>**Pull 5:** 3/16-18/07 Email chain **(001-007)**;<br>**Pull 6:** 6/23/07 Email **(001)**;<br>**Pull 7:** 3/11/06 Dec of Montgomery for Return of Property -Unsigned- & 4/3/06 Reply Memo un Support of Motion for Return of Property **(001-033)**;<br>**Pull 8:** 3/11/06 Dec of Flynn **(001-004)** | Y | | |
| N/A | 206 OTHER | N/A | Y | | |
| YES | 207 PLEADINGS | **6 Pulls:**<br>**Pull 1:** 2 CDs<br>**Pull 2:** Cover sheet and Index of Emails in "Inbox" **(001-0038)**<br>**Pull 3:** Index of Emails in "Sent" **(001-015)**<br>**Pull 4:** 1 CD<br>**Pull 5:** Index of Emails in "Inbox" **(001-037)**<br>**Pull 6:** Index of Emails in "Sent" **(001-016)** | Y | | |
| N/A | 208 OTHER | N/A | Y | | |
| YES | 209 PLEADINGS | **3 Pulls:**<br>**Pull 1:** Sealed Montgomery Declaration **(001-036)**<br>**Pull 2:** Working Chronology **(001-014)**<br>**Pull 3:** Sealed Montgomery Declaration **(001-022)** | Y | | Pull 3: 001-022 |
| N/A | 210 OTHER | Hard drives | N | | |

**LINER FILES: HARD DRIVE INVENTORY**

| HARD DRIVE No. | SERIAL No. | ADDITIONAL INFO | DOJ COPY SERIAL No. | CLIENT COPY SERIAL No. |
|---|---|---|---|---|
| | | BOX 105 | | |
| HD - 40 | WMAEH1731597 | Security Bag No. 075287 | | |
| HD - 41 | WCAEP1015275 | Security Bag No.075277 | | |
| HD - 42 | WMAMR1202131 | Security Bag No. 075269 | | |
| HD - 43 | ZFUG712N | Security Bag No.075256; Copy of WMA8C2315047 | | |
| HD - 44 | WMAEH1732002 | Security Bag No. 075292 | | |
| HD - 45 | 9QG8HSDQ | Security Bag No. 075273 | | |
| HD - 46 | WMA9P1151187 | Security Bag No.075284 | | |
| HD - 47 | 9QG8N147 | Security Bag No. 075245; Copy of WMAMR1203238 | | |
| HD - 48 | 6QF462VG | Security Bag No.075279; Copy of WCAEP1015275 | | |
| HD - 49 | WMAEP1123872 | Security Bag No. 075263 | | |
| HD - 50 | 3PM08V7Q | | | |
| HD - 51 | 5QD337JK | | | |
| HD - 52 | WMACK1617687 | Security Bag No. 75261 | | |
| HD - 53 | WMAEP1142476 | Security Bag No. 075286 | | |
| HD - 54 | RG0VEH9A | Security Bag No. 075290: Copy of WMAEH1732002 | | |
| HD - 55 | WMAMR1202248 | Security Bag No. 075260 | | |
| HD - 56 | WMAEH1283328 | Security Bag No.075289 | | |
| HD - 57 | WMAMR1277950 | Security Bag No.075281 | | |
| HD - 58 | WMAEH1202303 | Security Bag No. 075265 | | |
| HD - 59 | 6QF46574 | Security Bag No. 075271; Copy of WMAEH1202303 | | |
| HD - 60 | WCAL75136659 | Security Bag No. 075285 | | |

**LINER FILES: HARD DRIVE INVENTORY**

| | | | | |
|---|---|---|---|---|
| HD - 61 | 7BA08HPG | Security Bag No. 075288 | | |
| HD - 62 | WMA8C2315047 | Security Bag No. 075257 | | |
| HD - 63 | WMAMR1068824 | Security Bag No. 075267 | | |
| HD - 64 | WMAMR1203238 | Security Bag No. 075246 | | |
| HD - 65 | | | | |
| HD - 66 | | | | |
| HD - 67 | | | | |
| HD - 68 | | | | |
| HD - 69 | | | | |
| HD - 70 | | | | |
| HD - 71 | | | | |
| HD - 72 | | | | |
| HD - 73 | | | | |
| HD - 74 | | | | |
| HD - 75 | | | | |
| HD - 76 | | | | |
| HD - 77 | | | | |
| HD - 78 | | | | |
| HD - 79 | | | | |
| HD - 80 | | | | |
| HD - 81 | | | | |
| HD - 82 | | | | |
| HD - 83 | | | | |
| HD - 84 | | | | |
| HD - 85 | | | | |
| HD - 86 | | | | |
| HD - 87 | | | | |
| HD - 88 | | | | |
| HD - 89 | | | | |
| HD - 90 | | | | |
| | | BOX 116 | | |
| HD - 1 | WMA8C4544113 | Security Bag No. 033654517 | | |
| HD - 2 | WCARW0431467 | Security Bag No. 075298; Copy of WMAEH2602257 | | |
| HD - 3 | WCARW0415948 | Security Bag No. 033654510; Copy of WMAEH2694097 | | |
| HD - 4 | WCA8C3998460 | Security Bag No. 033654515 | | |
| HD - 5 | WMAEH2694097 | Security Bag No. 033654518 | | |
| HD - 6 | WCAEP1014382 | Security Bag No. 033654520 | | |

**LINER FILES: HARD DRIVE INVENTORY**

| | | | | |
|---|---|---|---|---|
| HD - 7 | WMAEH2602257 | Security Bag No. 033654516 | | |
| HD - 8 | WCAEP1003948 | Security Bag No. 033654519 | | |
| HD - 9 | 9QG812MG | | | |
| HD - 10 | 9QJ0RXGJ | | | |
| | | BOX 127 | | |
| HD - 13 | WMAMR1538581 | | | |
| HD - 14 | WMAMR1612253 | | | |
| HD - 15 | WMAMR1624507 | | | |
| HD - 16 | WMA8C3243070 | | | |
| HD - 17 | WMAD15194737 | | | |
| HD - 18 | WMAD15335294 | | | |
| HD - 19 | 3CK00XXY | | | |
| HD - 20 | WMA8C1223396 | | | |
| HD - 21 | WCAD13691228 | | | |
| HD - 22 | WMAMR1673681 | | | |
| HD - 23 | WMAD16644525 | | | |
| HD - 24 | WMAMR1538197 | | | |
| HD - 25 | 3CK028W3 | | | |
| HD - 26 | WMAMR1538570 | | | |
| HD - 27 | WMAMR1509932 | | | |
| HD - 28 | WMAMR1580671 | | | |
| HD - 29 | WMAA61102098 | | | |
| HD - 30 | 2544801F3NQ0C6 | | | |
| HD - 31 | WMAMR1523649 | | | |
| HD - 32 | WMAMR1580666 | | | |
| HD - 33 | WMAMR1066012 | | | |
| HD - 34 | WMAMR1537929 | | | |
| HD - 35 | WMAMR1539942 | | | |
| HD - 36 | WMAMR1539825 | | | |
| HD - 37 | WCAD16502878 | | | |
| HD - 38 | WMAD15256807 | | | |
| HD - 39 | WMAMR1543003 | | | |
| | | BOX 191 | | |
| HD - 11 | 9QG7CDDE | Security Bag No. 072755 | | |
| HD - 12 | 6QG31F7K | Security Bag No.072754 | | |
| | | **BOX 201** | | |
| HD - 65 | 3PM0686P | | | |
| HD - 66 | 9QM26YN3 | | | |
| HD - 67 | 9QM3FKKW | | | |
| HD - 68 | 3QD03188 | | | |
| | | **BOX 202** | | |
| HD - 69 | 3QD08W2N | | | |
| HD - 70 | 3QD0L7T0 | | | |
| HD - 71 | 9QJ0WW9R | | | |
| | | **BOX 203** | | |
| HD - 72 | 9QJ16874 | | | |
| HD - 73 | PAG2NLRC | | | |
| HD - 74 | 3QJ01RQ1 | | | |

LINER FILES: HARD DRIVE INVENTORY

| | | | | |
|---|---|---|---|---|
| HD - 75 | 3PM0LVN8 | | | |
| HD - 76 | 5QG06MMH | | | |
| **BOX 210 *Labeled as defective** | | | | |
| HD - 77 | RBRAPJNA | Security Bag No. 075274; Copy of WMA8C4544113 | | |
| HD - 78 | WCARW0431405 | Security Bag No. 075255; Copy of WCAEP1003948 | | |
| HD - 79 | RG0VEMRA | Security Bag No. 075254; Copy of WMAEP1142476 | | |
| HD - 80 | WCARW0431298 | Security Bag No. 033654504; Copy of WCAEP1014382 | | |
| HD - 81 | R7CRDRKK | Security Bag No. 075293; Copy of WMACK1617687 | | |
| HD - 82 | RG0VAUYA | Security Bag No. 075278; Copy of WMAEH1731597 | | |
| HD - 83 | RG0VEMKA | Security Bag No. 075283; Copy of WCAL75136659 | | |
| HD - 84 | 9QG8LXX5 | Security Bag No. 075295; Copy of WMAMR1277950 | | |
| HD - 85 | 9Q8N28G | Security Bag No. 075248; Copy of WMAMR1202131 | | |
| HD - 86 | N/A | N/A | | |
| HD - 87 | R7CRD72K | Security Bag No. 033654508; Copy of WMAEH1283328 | | |
| HD - 88 | RBRAA9VA | Security Bag No. 033654501; Copy of WCA8C3998460 | | |
| HD - 89 | 9QG8LSVQ | Security Bag No. 075252; Copy of WMAMR1202248 | | |

**LINER FILES: HARD DRIVE INVENTORY**

| | | | | |
|---|---|---|---|---|
| HD - 90 | RG0ZLL8A | Security Bag No. 075262; Copy of WMAEP1123872 | | |

EXHIBIT "13"

Dennis Lee Montgomery - November 18, 2010

```
        UNITED STATES BANKRUPTCY COURT
        CENTRAL DISTRICT OF CALIFORNIA

In re:  Dennis and Kathleen       )
Montgomery                        )
                                  )
Michael J. Flynn,                 )
                                  )
          Plaintiff,              )
                                  )
          vs.                     )  Case No.: 2:10-bk-18510-bb
                                  )
Dennis Lee Montgomery and         )
Brenda Kathleen Montgomery,       )
                                  )
          Defendants.             )
_____)



Videotaped Deposition of:  DENNIS LEE MONTGOMERY
Date:                      November 18, 2010
Reported by:               Stephanie P. Borthwick
                           C.S.R. No. 12088
```

```
1    For the United States of America:
2        U.S. DEPARTMENT OF JUSTICE
3        CIVIL DIVISION
4        BY:  CARLOTTA P. WELLS, Senior Counsel
5        Federal Programs Branch
6        20 Massachusetts Avenue, NW
7        Room 7150
8        Washington, DC  20530
9        (202) 514-4522
10   Also Present:
11       Michael J. Flynn, Esq.
12       Sharon Raya, Paralegal to Ms. Wells
13       Tom (last name withheld), U.S. Government
14       Morgan (last name withheld), U.S.
15       Government
16   Videographer:
17       Jesse Navarro, Orravan Video Litigation
18       Services
19
20
21
22
23
24
25
                                     Page 3
```

```
1        Deposition of DENNIS LEE MONTGOMERY, taken on
2    behalf of the Plaintiff, before Stephanie P.
3    Borthwick, a Certified Shorthand Reporter,
4    commencing at the hour of 9:20 a.m., Thursday,
5    November 18, 2010, at the offices of Yates Court
6    Reporters, 74967 Sheryl Avenue, Palm Desert,
7    California.
8    APPEARANCES:
9        For the Plaintiff:
10           CONANT LAW, LLC
11           Attorneys at Law
12           BY:  CHRISTOPHER J. CONANT, ESQ.
13           730 17th Street
14           Suite 200
15           Denver, Colorado  80202
16           (303) 298-1800
17       For the Defendants:
18           DION-KINDEM & CROCKETT
19           Attorneys at Law
20           BY:  WILLIAM E. CROCKETT, ESQ.
21           LNR Warner Center
22           21271 Burbank Boulevard
23           Suite 100
24           Woodland Hills, California  91367-6667
25           (818) 883-4400
                                     Page 2
```

```
1                    INDEX
2
3    Deposition of DENNIS LEE MONTGOMERY
4        Taken on November 18, 2010
5
6    Examination By:                          Page
7    MR. CONANT                                24
8
9    Information Requested:
10       (None)
11
12   Questions Instructed Not to Answer:   Page Line
13   Q.  Has your attorney, to your          45    3
14       knowledge, been in contact with any
15       agency of the United States
16       government concerning your personal
17       property that's listed on these
18       schedules?
19   Q.  Is it your testimony,               46    9
20       Mr. Montgomery, that you have no
21       personal property that falls within
22       the description of this paragraph
23       here on page 22-9?
24   ///
25   ///
                                     Page 4
```

Dennis Lee Montgomery - November 18, 2010

| | | | |
|---|---|---|---|
| 1 | 21 | 19-page Wells Fargo PMA | 306 |
| 2 | | Package of Istvan Burgyan, | |
| 3 | | Bates Nos. 00552-70 | |
| 4 | 22 | Five pages of Istvan Burgyan's | 309 |
| 5 | | bank records, Bates | |
| 6 | | Nos. 00943-47 | |
| 7 | 23 | Two-page Bank of America | 312 |
| 8 | | statement of Istvan Burgyan, | |
| 9 | | Bates Nos. 00933-34 | |
| 10 | 24 | One page of photocopied | 313 |
| 11 | | documents including a | |
| 12 | | cashier's check paid to | |
| 13 | | Caesar's Casino and Wells | |
| 14 | | Fargo Bank records. | |
| 15 | 25 | 18 pages of MontBleu Resort | 315 |
| 16 | | Memo Reports | |
| 17 | 26 | Three-pages of win/loss | 324 |
| 18 | | documents | |
| 19 | 27 | 37 pages of Customer | 328 |
| 20 | | Transaction Inquiries | |
| 21 | 28 | 11 pages of miscellaneous | 330 |
| 22 | | casino documents | |
| 23 | /// | | |
| 24 | /// | | |
| 25 | /// | | |

Page 13

1    because to do so would violate the terms of the
2    United States protective order, which all the
3    parties to the bankruptcy proceeding have agreed to.
4        MR. CROCKETT:  Bill Crockett on behalf of
5    Dennis Montgomery.
6        THE WITNESS:  Dennis Montgomery.
7        THE VIDEOGRAPHER:  Would the court reporter
8    please swear in the witness.
9        THE REPORTER:  Please raise your right
10   hand.
11       Do you solemnly state under penalty of
12   perjury that the testimony you will give in this
13   matter will be the truth, the whole truth, and
14   nothing but the truth?
15       THE WITNESS:  Yes.
16       THE REPORTER:  Thank you.
17       MR. CONANT:  Okay.  Thank you.
18       Before we start examining the witness, I
19   want to state for the record that there are present
20   in the room four representatives from the U.S.
21   Government, two of which apparently have no last
22   name.
23       We'll ask on the record of Ms. Wells to
24   provide their last names and the government agency
25   that they purportedly work for.

Page 15

1        THE VIDEOGRAPHER:  Good morning.  Here
2    begins Media No. 1 in the video deposition of Dennis
3    Lee Montgomery in the matter of Michael J. Flynn
4    versus Dennis Lee Montgomery, et al., in the
5    United States Bankruptcy Court of California, Case
6    No. 2:10-bk-18510-bb.
7        Today's date is November 18th, 2010.  The
8    time is 9:20 a.m.  This deposition is being taken at
9    74967 Sheryl Avenue, Palm Desert, California, and
10   was made at the request of Mr. Christopher Conant of
11   the law offices of Conant Law, LLC.
12       The videographer is Jesse Navarro here on
13   behalf of Orravan Video Litigation Services,
14   Indian Wells, California.
15       Would counsel and all present please
16   identify yourselves and state whom you represent.
17       MR. CONANT:  Christopher Conant for the
18   plaintiff, Michael J. Flynn.
19       MR. FLYNN:  And Michael J. Flynn in
20   persona.
21       MS. WELLS:  Carlotta Wells on behalf of the
22   United States and with the United States Department
23   of Justice.  Sharon Raya is with me from my office.
24   With me, also, are Morgan and Tom, who are with the
25   government and I can't disclose anything further

Page 14

1        MS. WELLS:  And I cannot, because to do so
2    would violate the terms of the United States
3    protective order.
4        MR. CONANT:  Ms. Wells, do you have a copy
5    of the protective order in front of you?
6        MS. WELLS:  I do.  Do you have one?
7        MR. CONANT:  I have a copy in front of me.
8    I'd like to actually get it admitted as an exhibit
9    in this deposition.
10       Let me -- while I work on getting extra
11   copies to admit as an exhibit, Ms. Wells, can you
12   review the protective order and identify which
13   specific portion of the protective order you're --
14       MS. WELLS:  Am I a witness now?  All I can
15   tell you is it's pretty self-evident from the face
16   of the United States protective order what's
17   protected, what isn't.
18       The information that's protected is set
19   forth in paragraphs 2 and paragraphs 3.
20       MR. CONANT:  How does those pertain
21   specifically to the identities of these gentlemen
22   and why they're here today?
23       MS. WELLS:  I think it's self-evident and
24   if you want to read those paragraphs into the
25   record, feel free to.

Page 16

4 (Pages 13 to 16)

Dennis Lee Montgomery  -  November 18, 2010

1   MR. CONANT:  I don't -- well --
2   MS. WELLS:  Paragraphs 2 and 3 of the
3   United States protective order, which is
4   Document 253, District of Nevada Case File 30656.
5   MR. CONANT:  Ms. Wells, who is making the
6   decision regarding what is -- why these gentleman
7   are here?
8       Who in the government made a decision why
9   these gentlemen are here?  Who in the government
10  made a decision for these two gentlemen to be here
11  today?
12  MS. WELLS:  This particular deposition is
13  being handled in the manner that all information
14  related to this case has been handled.  It's been a
15  joint decision between those attorneys representing
16  the United States' interests and the agencies whose
17  information we're protecting.
18      That's all I'm going to say.
19  MR. CONANT:  Were these gentleman at all
20  involved in any way in the litigation in Nevada?
21  MS. WELLS:  I'm not going to go any further
22  than what I've already said.
23  MR. CONANT:  Were you meeting with Judge
24  Pro in the U.S. District Court for the district of
25  Nevada yesterday?

Page 17

1   MS. WELLS:  At Judge Pro's insistence, yes.
2   We met with him in his chambers yesterday.
3   MR. CONANT:  Who is "we"?
4   MS. WELLS:  The people representing the
5   United States Department of Justice and the United
6   States in this case.
7   MR. CONANT:  Who were those?  I'm asking
8   for the identities, Ms. Wells.
9   MS. WELLS:  All I'm saying is that people
10  from the government met with him and I mean it
11  actually -- if you really need to know, it was the
12  four of us here.
13  MR. CONANT:  Did Judge Pro -- when did
14  Judge Pro contact you to meet with him?
15  MS. WELLS:  I'm not going to say anything
16  more other than we're complying with the terms of
17  the order that Judge Pro entered, I believe it was
18  October 30th, and we were there because of that
19  order.
20  MR. CONANT:  What order?
21  MS. WELLS:  Let's see.
22      It was the order dated October 28th, 2010,
23  Docket No. 1172, same case, Montgomery versus
24  eTreppid Technology.
25  MR. CONANT:  Were there any documents

Page 18

1   reviewed in connection with your meeting with Judge
2   Pro that were -- that originated from my client
3   Michael Flynn?
4   MS. WELLS:  This is not the subject of this
5   deposition.  We're not here to talk about this.  If
6   Mr. Flynn wants to have a conversation with me about
7   this we can have it, but it's not appropriate for
8   the record.
9   MR. CONANT:  It is appropriate for the
10  record.  You are --
11  MS. WELLS:  It does -- what does that have
12  to do with the information we're here to protect
13  now?  The long and the short of it is that there
14  were documents, as you know, from the Order that the
15  court in Montana sent to Judge Pro.
16      He asked the United States to take a look
17  at them to determine the extent to which there's
18  information that may or may not be protected under
19  the United States protective order.
20      Upon the limited review that we did in his
21  chambers yesterday, we determined that there was
22  enough of a question there that we need to take the
23  documents back with us to Washington to do a more
24  thorough review.  That's it.
25  MR. CONANT:  What documents did you review?

Page 19

1   MS. WELLS:  The documents that the court in
2   Montana sent.
3   MR. CONANT:  What documents were those?
4   MS. WELLS:  I didn't take a list.  It's not
5   a very big -- it's a small pile, not even an inch
6   thick.
7   MR. FLYNN:  This is Michael Flynn.  I'm
8   going to put a statement on the record.
9       The documents that were given to David
10  Cotner, counsel for the trustee in the Montana
11  bankruptcy proceeding, were very limited and I
12  specifically reviewed them before giving them to
13  Cotner.
14      They were apparently subsequently given to
15  Judge Kirscher and they had all been previously
16  reviewed by the federal government, Department of
17  Justice, and approved.  And except for the Sandoval
18  complaint, they are publicly on file in the Nevada
19  District Court and can be picked up online.
20      So unless documents were added that I don't
21  know about -- and I don't know about any of the
22  documents, I don't have the identity of the
23  documents that were given to Judge Kirscher or
24  subsequently conveyed to Judge Pro -- there are no
25  documents that do not comply with the US protective

Page 20

Dennis Lee Montgomery - November 18, 2010

1  order in any way.
2          So if either documents were added by
3  someone or there has been a change in the position
4  of the Department of Justice with regard to the
5  scope of the protective order, then there is nothing
6  in any of the documents given to Cotner, apparently
7  passed on to Judge Kirscher, which would violate the
8  terms of the U.S. protective order.
9          MR. CONANT:  Do you have a copy, Ms. Wells,
10  of the letter or whatever communication there was
11  between Judge Kirscher and Judge Pro?
12          MS. WELLS:  NO.
13          MR. CONANT:  Who at the government have you
14  been talking to regarding the matter involving the
15  letter from Judge Kirscher to Judge Pro?
16          MS. WELLS:  I'm not here to answer these
17  questions.  I'm here to enforce the terms of the
18  United States protective order and only people with
19  the United States have that authority and the
20  ability to determine what's protected and what isn't
21  and that's all we're here for.
22          It's a very limited role that we're
23  playing, it's a very limited role, and I can tell
24  you on the record that what we're doing here today
25  is entirely consistent with what we've done ever

Page 21

1  here from the US government, two of who, apparently,
2  have no last names and are from some unidentified
3  agency with the government.
4          And for the record, Ms. Wells is not
5  indicating how their involvement is at all
6  implicated in the protective order.  The protective
7  order only governs issues concerning intelligence
8  agencies as defined in the National Security Act and
9  we have no indication of what agencies these
10  gentlemen are with and whether they're with an
11  intelligence agency or whether it's an
12  administrative branch of the government that's not
13  included within the National Security Act as an
14  intelligence agency.
15          So we simply don't know what is -- what is
16  purportedly being protected by the protective order
17  or not.
18          MR. FLYNN:  We think -- at this juncture
19  I'll put on the record that I believe -- I didn't
20  believe it during the Nevada proceedings, I thought
21  there were legitimate interests to be protected in
22  terms of identities of intelligence agency
23  individuals, but at this point I believe that the
24  Department of Justice has gone far beyond that and
25  is now using, under the guise of national security

Page 23

1  since we first got involved in this case and ever
2  since Judge Pro acknowledged there was information
3  to be protected.
4          That's all I'm going to say and I'll keep
5  saying the same thing over and over again.
6          MR. FLYNN:  It's completely inaccurate.
7  For the record, these gentlemen, however nice
8  gentleman they may be, never participated and never
9  appeared in courtrooms in any of the Nevada
10  proceedings, Ms. Wells, and you know it and I know
11  it.
12          So this four-person deluge from the
13  Department of Justice in Dennis Montgomery's
14  deposition is apparently being done for some reasons
15  completely extraneous to the materials in the
16  protective order, but why don't we get started.
17          MR. CONANT:  I just want to state one last
18  thing for the record.  When I deposed Istvan Burgyan
19  in this very case on September 22nd, the U.S.
20  Government showed no interest in this matter.
21          I had to call Mr. Gomez at his office in
22  D.C. halfway through the deposition, because there
23  became an issue regarding the protective order.
24  Mr. Gomez was completely indifferent regarding this
25  case and now, for some reason, we have four people

Page 22

1  for reasons related to the facts that I put in the
2  emails to you, Carlotta, has gone far beyond the
3  scope of national security in an effort to cover up
4  or conceal the fraudulent activities of
5  Mr. Montgomery as I've repeatedly said in emails.
6          So why don't we just start.
7                  EXAMINATION
8  BY MR. CONANT:
9      Q.   Okay.  All right.  Turning to
10  Mr. Montgomery.  Mr. Montgomery, let's start
11  something.
12          Can you state your name for the record.
13      A.   Dennis Montgomery.
14      Q.   What's your -- do you have a middle name?
15      A.   Lee.
16      Q.   Do you understand what it means to take a
17  deposition, Mr. Montgomery?
18      A.   Yes.
19      Q.   What do you understand that to mean?
20      A.   You're going to ask me questions; I'm going
21  to answer them.
22      Q.   Do you know -- do you understand that your
23  testimony today is under the penalty of perjury?
24      A.   Yes.
25      Q.   Do you understand what that means?

Page 24

6 (Pages 21 to 24)

# EXHIBIT "14"

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Dennis <dennis@ncoder.net> |
| **Sent:** | Thursday, August 29, 2013 3:43 PM |
| **To:** | 'Cameron, Carl' |
| **Subject:** | RE: CIA |

I know a lot going in DC today, just call me tomorrow.

**From:** Cameron, Carl [mailto:CARL.CAMERON@FOXNEWS.COM]
**Sent:** Thursday, August 29, 2013 11:57 AM
**To:** Dennis
**Subject:** Re: CIA

Understood. As I say I happen to be out there next week so we'll get together.

Carl Cameron, Chief Political Correspondent, Fox News, From Mobile, please excuse autocorrect errors.

**From:** Dennis
**Sent:** Thursday, August 29, 2013 1:23 PM
**To:** Cameron, Carl
**Subject:** CIA

I will go on the record.  I am not turning back now...

**From:** Dennis [mailto:dennis@ncoder.net]
**Sent:** Thursday, August 29, 2013 10:21 AM
**To:** carl.cameron@foxnews.com
**Subject:** CIA

This is what the information is running on in my house.  I would bring a film crew you may to film some of this...

**From:** Cameron, Carl [mailto:CARL.CAMERON@FOXNEWS.COM]
**Sent:** Thursday, August 29, 2013 10:15 AM
**To:** Dennis
**Subject:** Re: CIA

Will do. I arrive late Sunday and hope to see you Mon or Tues. I'll call tomorrow.

Carl Cameron, Chief Political Correspondent, Fox News, From Mobile, please excuse autocorrect errors.

**From:** Dennis
**Sent:** Thursday, August 29, 2013 12:49 PM
**To:** Cameron, Carl
**Subject:** CIA

Just email me when you know your plans.


Dennis Montgomery
dennis@ncoder.net
619.508.1964

1

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Dennis <dennis@ncoder.net> |
| **Sent:** | Thursday, August 29, 2013 1:51 PM |
| **To:** | carl.cameron@foxnews.com |
| **Subject:** | CIA |

The best place to stay near me is the Hyatt, Bellevue, a few miles from my house.
http://www.bellevue.hyatt.com/en/hotel/home.html

---

**From:** Cameron, Carl [mailto:CARL.CAMERON@FOXNEWS.COM]
**Sent:** Thursday, August 29, 2013 10:15 AM
**To:** Dennis
**Subject:** Re: CIA

Will do. I arrive late Sunday and hope to see you Mon or Tues. I'll call tomorrow.

Carl Cameron, Chief Political Correspondent, Fox News, From Mobile, please excuse autocorrect errors.

**From:** Dennis
**Sent:** Thursday, August 29, 2013 12:49 PM
**To:** Cameron, Carl
**Subject:** CIA

Just email me when you know your plans.


Dennis Montgomery
dennis@ncoder.net
619.508.1964

1

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Cameron, Carl <CARL.CAMERON@FOXNEWS.COM> |
| **Sent:** | Monday, October 7, 2013 1:09 PM |
| **To:** | 'Dennis' |
| **Subject:** | RE: Morning |

We have a bureau in Seattle and could arrange to send a crew out to shoot more material - - whaddya think?

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Cameron, Carl <CARL.CAMERON@FOXNEWS.COM> |
| **Sent:** | Thursday, October 31, 2013 1:56 PM |
| **To:** | Dennis |
| **Subject:** | Re: CIA |

I'd like to have a camera to you tomorrow after 3 your time. Can you do it? I think you should meet him before Tuesday. And shooting your updated demonstration and narrative is crucial now

Carl Cameron, Chief Political Correspondent, Fox News, From Mobile, please excuse autocorrect errors.

**From:** Dennis
**Sent:** Thursday, October 31, 2013 12:55 AM
**To:** Cameron, Carl
**Subject:** CIA

Look at new videos on www.blxware.net #5, #6

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Dennis <dennis@ncoder.net> |
| **Sent:** | Thursday, October 31, 2013 2:09 PM |
| **To:** | 'Cameron, Carl' |
| **Subject:** | RE: CIA |

I will be ready.  I just want to make sure they will in Federal Court Tues also.

**From:** Cameron, Carl [mailto:CARL.CAMERON@FOXNEWS.COM]
**Sent:** Thursday, October 31, 2013 10:56 AM
**To:** Dennis
**Subject:** Re: CIA

I'd like to have a camera to you tomorrow after 3 your time. Can you do it? I think you should meet him before Tuesday. And shooting your updated demonstration and narrative is crucial now

Carl Cameron, Chief Political Correspondent, Fox News, From Mobile, please excuse autocorrect errors.

**From:** Dennis
**Sent:** Thursday, October 31, 2013 12:55 AM
**To:** Cameron, Carl
**Subject:** CIA

Look at new videos on www.blxware.net #5, #6

**dennismontgomery45@gmail.com**

| | |
|---|---|
| **From:** | Cameron, Carl <CARL.CAMERON@FOXNEWS.COM> |
| **Sent:** | Thursday, September 26, 2013 1:52 AM |
| **To:** | Dennis |
| **Subject:** | Re: CIA |

I can get the whole story out but need examples of the harvested data. You mention on tape the florida voter registration data, creditcard and bank records and personal passwords and log in data
For tens of millions ..all I need is a relatively small sample of each and I can do the whistle blower story and back it up without disclosing anyone's private info.

Carl Cameron, Chief Political Correspondent, Fox News, From Mobile, please excuse autocorrect errors.

**From:** Dennis
**Sent:** Wednesday, September 25, 2013 6:32 PM
**To:** Cameron, Carl
**Subject:** CIA

I am ok, thanks for your support.  I am just amazed I can't get legal help in this matter.  Everyone wants whistleblower to come forward, but few are willing to help. The bad press about me is making it hard to get legal representation to expose the crimes US Government officials have committed against American citizens.  I guess the government's strategy of leaking false information to the press, to discredit me, really has worked.

When James Clapper lied under oath to Congress this year and gave the  "the least untruthful answer possible" about document harvesting, he apologized and that was the end of it.  James Clapper and John Brennan ran these "illegal" document harvesting programs that I was involved with from 2003 - 2010,  and I will find a way to get the information out.

The value of this harvested data is worth tens of millions of dollars.  I have never attempted to sell the data or exploit the data to benefit me or my family.  I could have sold the data years ago for millions.  No one would have known I had sold the data, and that would have been the end of the story.

I am fighting insurmountable odds and creating immense risk by going down the whistleblower complaint road. I am not only creating this risk for myself, but for my family also. I am trying to do this without violating the documents I have signed with the US Government or existing court orders preventing the release of certain information.

It is obvious to me that I need to get this whistleblower complaint process story out first to help repair some of the malice that has taken place by the US Government officials when they leaked this false information to the press about me.

I get I just need an attorney to protect me, and there must be one out there for me.  I just hope that interview I did with you gets released while I am still alive.  I suspect the US Government is deciding what to do with me, and my desire to expose James Clapper and John Brennan's involvement in these "harvesting" programs as we speak.  They can't hide the HAMMER forever.

Dennis Montgomery
619.508.1964
dennis@ncoder.net

**Frm:** Cameron, Carl [mailto:CARL.CAMERON@FOXNEWS.COM]
**Sent:** Wednesday, September 25, 2013 12:20 PM
**To:** 'Dennis'
**Subject:** Hi Dennis

How did it go Monday at the hospital?  Please let me know how you are doing when you are able, I'm rooting for you.

Carl Cameron
Chief Political Correspondent
FOX NEWS CHANNEL
202-320-2105

# EXHIBIT "15"

Joe Arpaio's Birther Pal Larry Klayman Denied in the Latest Contempt Hearing Before Judge...    https://www.phoenixnewtimes.com/news/arpaio-pal-klayman-shot-down-doj-okayed-and-more...



# New Times

PHOENIX

| ARPAIO |

# Arpaio Pal Klayman Shot Down, DOJ Okayed, and More in Latest Sheriff Joe Contempt Hearing

**STEPHEN LEMONS** | **AUGUST 12, 2015** | **9:15AM**

f  🐦  ✉  🖨  T

A status conference in downtown Phoenix before federal Judge G. Murray Snow continued his court's inexorable march toward a second round of contempt hearings in the ACLU's big racial-profiling

## LATEST STORIES


### Joe Arpaio is Four Times a Loser


### Where Does This Phoenix City Council Candidate Really Live?

Joe Arpaio's Birther Pal Larry Klayman Denied in the Latest Contempt Hearing Before Judge...    https://www.phoenixnewtimes.com/news/arpaio-pal-klayman-shot-down-doj-okayed-and-more...

8/17/2022, 5:53 PM

And when Snow refused Arpaio's attorneys attempt to disqualify him from the case, what did Arpaio's legal team do? Play copycat to Klayman, **seeking a writ of mandamus from the Ninth**, which is currently pending.

In another development Tuesday, Snow allowed the DOJ to intervene in *Melendres.*

This means, essentially, that DOJ attorneys will work alongside lawyers from the ACLU and Covington & Burling on the case.

DOJ attorney Rafael Gomez was present to address **the 50 hard drives recently seized by the U.S. Marshals on order of the court.**

Gomez said that his "client entities" – presumably U.S. intelligence agencies such as the CIA – only wanted to review the one hard drive and two bankers boxes of material that had been made available to them previously; they then will decide what to do about the

additional 50 hard drives.

Gomez said he could not reveal who these "client entities" are, as that information may be classified pending a review of the material. He said his clients were concerned that by opening the 50 hard drives they could compromise the metadata on the files. He could not say how long it would take for a decision to be reached.

Snow seemed annoyed by this and advised Gomez that he was not going to wait for the U.S. government to make a decision before allowing the parties to examine the files.

Both Iafrate and ACLU attorney Cecillia Wang indicated that they wanted access to the 50 hard drives.

Snow ordered the parties to consult and hopefully agree to protocols in handling the material.

During the hearing, the judge tangled more than once

# EXHIBIT "16"

EXECUTIVE SESSION

COMMITTEE ON THE JUDICIARY,

JOINT WITH THE

COMMITTEE ON GOVERNMENT REFORM AND OVERSIGHT,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.



INTERVIEW OF:  JAMES A. BAKER (DAY 2)


Thursday, October 18, 2018


Washington, D.C.


        The interview in the above matter was held in Room 2141, Rayburn House Office Building, commencing at 10:01 a.m.

        Present:  Representatives Meadows, Jordan, Ratcliffe, and Gaetz.

here.

Mr. Breitenbach.  Unlawful surveillance of whom?

Mr. Baker.  Of Americans, including government officials.
Yeah.  I can go -- I mean --

Mr. Jordan.  Who was his client?

Mr. Baker.  Can I just -- I'm turning to the Bureau to describe
this.  So his client was an individual named Dennis Montgomery, who
I believe, to the best of my recollection, he said that he had been
a U.S. Government contractor and, in the course of that work, had come
across evidence of unlawful surveillance by the government of
Americans -- and including government officials -- and wanted to give
that information to the Bureau, which eventually did take place.

Mr. Jordan.  And was this -- I'm sorry.  Go ahead.

Mr. Sommers.  During what time period?

Mr. Jordan.  Yeah.  That's what I was going to ask.

Mr. Baker.  To the best of my recollection, it's in the late
summer, early fall 2016.

Mr. Sommers.  And the surveillance, what time period was that?

Mr. Baker.  I'm not entirely sure what the timeframe was.  It was
a significant -- it was -- one of the issues in the case was it was
a large amount of data that he had that he wanted to provide, that
these -- these disks or other media had a lot of data on them about
this, allegedly.

Mr. Sommers.  Surveillance by whom?

Mr. Baker.  By the U.S. Government itself of Americans,

# EXHIBIT "17"

| From: | Dickas, J (Intelligence) |
|---|---|
| To: | Dennis (dennis@ncoder.net) |
| Subject: | RE: CIA |
| Date: | Thursday, September 18, 2014 5:18:50 PM |

Hi Mr. Montgomery,

Apologies for the slow response, I was out of the office for a couple weeks.  Based on my examination of your case, it looks to me like the Department of Defense Inspector General is actually best positioned to review your complaint that the work you performed for the government was illegal or improper.  If you are having a hard time bringing this issue to the DoD IG's attention, I believe Sen. Cantwell's casework staff is in a good position to help you get in touch with them. Hope that is helpful.

John

---

**From:** Dennis [mailto:dennis@ncoder.net]
**Sent:** Thursday, September 18, 2014 3:49 PM
**To:** Dickas, J (Intelligence)
**Cc:** Wolfe, J (Intelligence)
**Subject:** CIA

Would you at least give me the courtesy of acknowledging my email. I have limited ways to communicate with you and your committee.

It has been over a year since you sent me this email below.

I have followed the proper channels to file my whistle blower complaints with the intelligence community.  I have been told to be patient.  You made it clear in you August 16, 2013 email that you would like to help me but cautioned me about releasing sensitive documents, which I have not done.

I am a American who has information regarding US government intelligence agencies mass surveillance of Americans, that you may not have been aware of.  At this point, I will assume you have verified that I was working for companies that had contracts with the CIA, DOD,DNI, HOMELAND SECURITY, as well as others.

I thought at one point you and your committee would help me move my whistleblower complaints forward?

I have followed the rules you ask me to follow.  I will cooperate fully with you other members of your committee regarding information that is contained in the various whistleblower complaints that I have filed with the Inspector General's within the intelligence community.

I am disabled, and have limited ways to communicate with you.  I am trying to do the right thing.

Please help me.

Dennis Montgomery
dennis@ncoder.net
619.508.1964

**From:** Dickas, J (Intelligence) [j
**Sent:** Friday, August 16, 2013 12:51 PM
**To:** Dennis
**Subject:** RE: CIA

Hi Mr. Montgomery -

I would still recommend that you work with Senator Cantwell's casework staff to try to get a response from the CIA Inspector General regarding your complaint.  Have you tried to contact Senator Cantwell's staff about this?

Also, you mentioned protections for whistleblower complaints - it is important to emphasize that such protections have generally not been interpreted to cover disclosures of classified information through improper channels.  So I would strongly recommend that you not convey any classified information via any unclassified modes of communication, or to any staff that do not have the necessary security clearances.  You seem to have been pretty careful not to do this so far, but some of your comments make me concerned that you may be considering violating classification rules in the course of your interactions with congressional staff, and many congressional staff (myself included) would feel compelled to report the violation if you did so.  I would definitely like to be helpful in getting your concern addressed, but if you violate any laws regarding the protection of classified information I don't think anyone in the legislative branch will be able to help or protect you.

Let me know if you need any help getting back in touch with Senator Cantwell's office, and have a great weekend.

John

---

**From:** Dennis [dennis@ncoder.net]
**Sent:** 15 August 2013 00:29
**To:** Dickas, J (Intelligence)
**Subject:** CIA

This is not a complete list of individuals in Congress that had their personal data harvested.  I just wanted to give you some idea how wide spread it was.  I would hope the information I have provided to you and whoever you provide it to; is treated as information that being submitted as a whistleblower complaint, and protected accordingly.  I continue to try to look for "Proper Channels" to go through in blowing the whistle on these illegal "document harvesting programs", and the US Government officials that were involved in these programs.  This work was nothing more than the US Government spying on US citizens, without their knowledge, consent or any court order.

I along with my family have been threatened, harassed, and when I wouldn't agree to stop my effort to whistle blow on the US Intelligence community, discredited. It is not fair for the US Government to leak false information to the press in hopes of getting me to stop my whistle blowing campaign, and when I attempt to defend myself,  hold me to the State Secrets Privilege.

It is important to remember it was the government who came to me to do the work, not me going to the government looking for work...

I am just one US citizen that is trying to get the truth out if the face of insurmountable obstacles.

I appreciate all of your help.
Dennis Montgomery
dennis@ncoder.net
619.508.1964

---

**From:** Dennis [mailto:dennis@ncoder.net]
**Sent:** Wednesday, August 14, 2013 8:48 PM
**To:** 'Dickas, J (Intelligence)'
**Subject:** CIA

John, In the years I was involved with these programs the following individuals had data harvested by the US Government, at least once. Over half this individuals have had their personal data harvested more than twice. As you can see, the program did not discriminate based on political party; 48 Democrats and 35 Republicans. Would you like me to provide more information? There are tens of millions of records that were harvested.

I am sure I have already violated this State Secrets Privilege by disclosing this information, even without disclosing what was actually harvested. Why wouldn't the **Inspector General of the DNI**, **Inspector General of the DOJ**, **Inspector General of the Air Force**, or the **Inspector General of the CIA** want to get to the bottom of these disclosures and let me file a whistleblower complaint? I suspect it has something to do with politics, James Clapper, John Brennan, and the other US Government officials that were involved in this "illegal" data gathering effort and what they actually used the data for.

How can the US Government classify this information as classified, secret, or top secret when these individuals obviously had nothing to do with terrorism, like the other 10 million US Citizens that had their personal information harvested, without their knowledge, consent, or court order under the disguise of "national security."

ADAM SMITH,CONGRESSMAN,D
ALCEE HASTINGS,CONGRESSMAN,D
BARBARA BOXER,SENATOR,D
BILL NELSON,SENATOR,D
BOB GOODLATTE,CONGRESSMAN,R
CARL LEVIN,SENATOR,D
CHARLES GRASSLEY,SENATOR,R
CHARLES SCHUMER,SENATOR,D
COLLIN PETERSON,CONGRESSMAN,D
DANNY DAVIS,CONGRESSMAN,D
DAVE CAMP,CONGRESSMAN,R
DAVID PRICE,CONGRESSMAN,D
DEREK KILMER,CONGRESSMAN,D
DIANNE FEINSTEIN,SENATOR,D
DONALD PAYNE,CONGRESSMAN,D

ED PASTOR,CONGRESSMAN,D
EDDIE JOHNSON,CONGRESSMAN,D
EDWARD MARKEY,CONGRESSMAN,D
ELIJAH CUMMINGS,CONGRESSMAN,D
FRANK LUCAS,CONGRESSMAN,R
FRANK PALLONE,CONGRESSMAN,D
FRED UPTON,CONGRESSMAN,R
GENE GREEN,CONGRESSMAN,D
HARRY REID,SENATOR,D
HENRY CUELLAR,CONGRESSMAN,D
HOWARD COBLE,CONGRESSMAN,R
JACK KINGSTON,CONGRESSMAN,R
JAMES CLYBURN,CONGRESSMAN,D
JAMES INHOFE,SENATOR,R
JEB HENSARLING,CONGRESSMAN,R
JEFF MILLER,CONGRESSMAN,R
JEFF SESSIONS,SENATOR,R
JIM COOPER,CONGRESSMAN,D
JOE BARTON,CONGRESSMAN,R
JOHN BOEHNER,CONGRESSMAN,R
JOHN BOOZMAN,SENATOR,R
JOHN CONYERS,CONGRESSMAN,D
JOHN DELANEY,CONGRESSMAN,D
JOHN DUNCAN,CONGRESSMAN,R
JOHN LEWIS,CONGRESSMAN,D
JOHN MCCAIN,SENATOR,R
JOSE SERRANO,CONGRESSMAN,D
KAY GRANGER,CONGRESSMAN,R
LAMAR ALEXANDER,SENATOR,R
LAMAR SMITH,CONGRESSMAN,R
LEE TERRY,CONGRESSMAN,R
LEONARD LANCE,CONGRESSMAN,R
LORETTA SANCHEZ,CONGRESSMAN,D
MARCO RUBIO,SENATOR,R
MARK KIRK,SENATOR,R
MARK SANFORD,CONGRESSMAN,R
MARSHA BLACKBURN,CONGRESSMAN,R
MAX BAUCUS,SENATOR,D
MELVIN WATT,CONGRESSMAN,D
MICHAEL MICHAUD,CONGRESSMAN,D
MICHAEL TURNER,CONGRESSMAN,R
MIKE THOMPSON,CONGRESSMAN,D
MITCH MCCONNELL,SENATOR,R
PAT ROBERTS,SENATOR,R
PATRICK LEAHY,SENATOR,D

PATTY MURRAY,SENATOR,D
PAUL RYAN,SENATOR,D
PETER DEFAZIO,CONGRESSMAN,D
RALPH HALL,CONGRESSMAN,R
RICHARD BURR,CONGRESSMAN,R
RICHARD DURBIN,SENATOR,D
RICK LARSEN,CONGRESSMAN,D
ROBERT ANDREWS,CONGRESSMAN,D
ROBERT MENENDEZ,SENATOR,D
RON WYDEN,SENATOR,D
ROSCOE BARTLETT,CONGRESSMAN,R
RUBEN HINOJOSA,CONGRESSMAN,D
SANDER LEVIN,CONGRESSMAN,D
SANFORD BISHOP,CONGRESSMAN,D
SAXBY CHAMBLISS,SENATOR,R
SHERROD BROWN,CONGRESSMAN,D
STEPHEN LYNCH,CONGRESSMAN,D
STEVE COHEN,CONGRESSMAN,D
SUSAN COLLINS,SENATOR,R
TIM RYAN,CONGRESSMAN,D
TOM COBURN,CONGRESSMAN,R
TOM HARKIN,SENATOR,D
TOM LATHAM,CONGRESSMAN,R

I appreciate all of your help.
Dennis Montgomery
dennis@ncoder.net
619.508.1964

---

**From:** Dickas, J (Intelligence) [mailto:J_Dickas@ssci.senate.gov]
**Sent:** Wednesday, August 14, 2013 10:57 AM
**To:** Dennis
**Subject:** RE: CIA

Hi Mr. Montgomery -

I would definitely not recommend simply disclosing classified information publicly.  If you believe that the work that the CIA contracted you to do was illegal or improper, I would encourage you to keep trying to bring it to the attention of the CIA Inspector General.  The CIA IG actually has a fairly good track record of investigating issues like this, and unlike the other Inspectors General that you have previously contacted, the the CIA IG is well positioned to look into the matter.

If you have not yet received a response from the CIA IG, I would recommend contacting Senator Cantwell's caseworker and asking for assistance.  Congressional caseworkers are generally quite good at getting government agencies to respond to constituent inquiries and concerns.  And if you need any help getting in touch with a caseworker, let me know and I'd be happy to help facilitate with Sen. Cantwell's office.

John Dickas

**From:** Dennis [dennis@ncoder.net]
**Sent:** 14 August 2013 11:00
**To:** Dickas, J (Intelligence)
**Subject:** CIA

I have to been unsuccessful with moving my whistleblower case forward within the US government. I have been rejected by the Office of Special Counsel, the Inspector General of the DNI, and the Inspector General of the DOJ. I provided my whistleblower complaint to the Inspector General of the CIA, but have not heard back from them. I have sent faxes to them, asking them to just confirm they have received my information. Still no response from Inspector General of the CIA.

I appreciate you dialog regarding the whistleblowers laws "currently in place as being inadequate." It seems like my only option now, is to release the information to the public, and let the public investigate for themselves what has really gone on. This would expose both the inadequate whistleblower laws regarding the intelligence community, the vast amount of data that was actually harvested, and the US government officials that created, supervised, and abused the programs under "the disguise" of national security or the "patriot act."

The State Secrets Privilege was issued against me to "hide crimes" committed by former US Government officials that worked on these information gathering programs. These programs are now controlled by individuals that are currently in the highest government offices in our country today. These programs gathered tens of millions of records of personal information that had absolutely nothing to do with "national security", without any court oversight. No one was exempt from these "covert programs" including some of the members of the current congress; Ron Wyden, John Boehner, Harry Reid, and many others.

According to current administration officials, Snowden did follow the correct protocol for whistleblowing on US Government officials or "illegal data harvesting programs" within the intelligence community. Given what I have gone through for the last 6 years, I doubt it would have made much difference. There are no whistleblowing laws within the US Government intelligence community, and the journey I have gone through only proves that.

I appreciate all of your help.
Dennis Montgomery
dennis@ncoder.net
619.508.1964

---

**From:** Dennis [mailto:dennis@ncoder.net]
**Sent:** Tuesday, August 13, 2013 3:20 PM
**To:** 'Dickas, J (Intelligence)'
**Subject:** CIA

The rejection of the whistleblower complaint rejection by the Inspector General Director of the DNI doesn't make since to me.

All of the work that was done from 2008-2010 was done under secrecy at Fort Washington, MD, and James Clapper. The program there was "document harvesting" information from millions of US Citizens personal information. As I reported to you before, when I was working there, I saw employees from CIA that I had worked with years earlier.

The work that was done at Fort Washington was under an Air Force and DNI contract. Given the fact that James Clapper is the head of the DNI, and the work that was done at Fort Washington was under his direct control, how could the Inspector General of the DNI, claim it is not under his purview to investigate?

I have also included the rejection letter by the Office of Special Counsel. That office suggested I contact my senators or congressman for help. Which I have done.

I have tried to go through the necessary steps to file my whistleblower complaint against US government programs and officials with the correct US government agency. It has become obvious to me, that US government individuals involved in these programs, don't want these investigations to move.

Dennis Montgomery
dennis@ncoder.net
619.508.1964

---

**From:** Dickas, J (Intelligence) [mailto:J_Dickas@ssci.senate.gov]
**Sent:** Tuesday, August 13, 2013 2:35 PM
**To:** Dennis
**Subject:** RE: CIA

Mr. Montgomery -

I definitely agree that the intelligence whistleblower laws currently in place are inadequate. I do think that the IG that is best positioned to address your concern that your work for the CIA was illegal and/or improper is the CIA IG. If the CIA IG has not responded to your attempts to communicate with them, Senator Cantwell's casework staff might be able to help you get in touch with them.

John

---

**From:** Dennis [dennis@ncoder.net]
**Sent:** 13 August 2013 16:52
**To:** Dickas, J (Intelligence)
**Subject:** CIA

I filed a whistleblower complaint with the Inspector General of the DOJ, and sent a copy of it to the Attorney General Eric Holder and the Deputy Attorney General, James Cole. The whistleblower complaint was against the two DOJ attorneys and the FBI Special Agent that were involved in the illegal raid on my home and property. I just received a rejection letter by the Inspector General of the DOJ, who referred it to the FBI. This is the same FBI that the judge has already ruled had

already violated my 4th Amendment rights in the first place.

The DOJ doesn't want me to provide them information regarding the illegal document harvesting programs that were run by the intelligence community, against American citizens in this country. They are hiding behind the State Secrets Privilege to "conceal the crimes" and the government officials that were involved in these programs.

The Inspector General of the DNI has also refused to investigate my whistleblower against James Clapper and the DNI. They had determined it was not under their purview.

It doesn't seem like a whistleblower process really exists in this country when it comes to the intelligence community.

Dennis Montgomery
619.508.1964

---

**From:** Dickas, J (Intelligence) [mailto:J_Dickas@ssci.senate.gov]
**Sent:** Tuesday, August 13, 2013 10:35 AM
**To:** Dennis
**Subject:** RE: CIA

Hi Mr. Montgomery,

If the CIA IG has not confirmed receipt of the information that you sent, the easiest thing to do might be to have the caseworker from Sen. Cantwell's office contact them and ask them to confirm receipt of the materials. If you need help getting in touch with them, just let me know.

John

---

**From:** Dennis [dennis@ncoder.net]
**Sent:** 12 August 2013 11:51
**To:** Dickas, J (Intelligence)
**Subject:** CIA

John,

I have no way know if the information I sent to the Inspector General of the CIA on 8/6/13 was received. I have asked for some kind of confirmation from the Inspector General of the CIA that my information was received by his office.

Dennis Montgomery
dennis@ncoder.net
619.508.1964

# EXHIBIT "18"

IN THE UNITED STATES TAX COURT

_____
In the Matter of:                )
                                 )
DENNIS L. MONTGOMERY & BRENDA K. )
MONTGOMERY,                      )
                                 )
     Petitioner,                 )
                                 )
v.                               ) Docket No: 9008-09
                                 )
COMMISSIONER OF INTERNAL REVENUE,)
                                 )
     Respondent.                 )


Pages:     1 through 47

Place:     Los Angeles, California

Date:      February 23, 2015

Capital Reporting Company

---

**37**

1 resolved? My legal bill in 2007, Your Honor, was
2 over a million five.
3        So I just want to resolve 2006, and I think
4 the easiest resolution, Your Honor, is simply give me
5 my deduction.
6        THE COURT: You may be right, and who
7 knows, maybe Mr. Corry in the next two months will
8 look at it and conclude that you're right -- maybe.
9        MR. CORRY: Your Honor, if I may?
10        THE COURT: Yes.
11        MR. CORRY: He is living in Washington now.
12 I don't know if you want to ask Petitioner if he
13 would --
14        MR. MONTGOMERY: I don't want to change
15 people now, Your Honor.
16        MR. CORRY: I just wanted to give him the
17 opportunity.
18        MR. MONTGOMERY: I'd rather him stay on
19 this attempt to resolve things.
20        THE COURT: Okay. It is a very old case,
21 but you're right, a trial might have to have a change
22 in place of trial, were that to become necessary.
23        MR. CORRY: And, Your Honor, maybe to move
24 forward, if Petitioner would like to go on the record
25 and describe his gambling losses, because gambling

---

**38**

1 income is one of the issues. If he would like to go
2 on the record and say how many --
3        THE COURT: Oh, for '05 and '06?
4        MR. CORRY: For '05 and '06. If he would
5 like to go on the record and say an estimate of how
6 much he believes that he lost because of gambling
7 activities in 2005 and 2006.
8        THE COURT: That's completely unrelated to
9 national security, so if you have records of your
10 gambling losses for those years -- do you have
11 records of gambling losses?
12        MR. MONTGOMERY: No, but I can get them.
13 But how much was the gambling loss?
14        MR. CORRY: The gambling income for 2005 --
15 the adjustment on those in the deficiency was $1,400.
16        THE COURT: You see, that's the kind of
17 thing you almost surely have gambling losses in
18 excess of that.
19        MR. CORRY: Yes, Your Honor.
20        MR. MONTGOMERY: How much was it, Your
21 Honor?
22        THE COURT: It was less than 2,000.
23        MR. CORRY: $1,400 in 2005, and in 2006 it
24 was $43,000.
25        THE COURT: So you probably have losses

---

**39**

1 that exceed that. Right?
2        MR. MONTGOMERY: Do you see the irony,
3 Your
3 Honor? He's fighting me over whatever the amount is,
4 let's say $40,000, and I spent a million dollars
5 defending myself.
6        THE COURT: No. I understand. He's quite
7 logically making the point, let's try to resolve
8 these minor issues at least, and that sounds like the
9 minor issue that the men in black would not have come
10 after you to seize records about.
11        MR. MONTGOMERY: Well, I took a gamble on
12 my life. The biggest gamble I ever took was working
13 for the United States intelligence agencies.
14        And I want to go on the record one last
15 time -- and yes, Your Honor, I will provide you what
16 you've asked me to provide you in a letter -- but I
17 want to go on the record one last time stating I did
18 work for projects under the direction of John Brannen
19 and James Clapper.
20        John Brannen at the time was not the head
21 of the CAI which he is the head of the CIA now, and
22 James Clapper was the head of the DNI, and at the
23 time I worked for him was in charge of work being
24 done at Fort Washington, Maryland.
25        These projects that I worked for the

---

**40**

1 government on illegally data mined U.S. Americans and
2 their businesses without any FISA court order, search
3 warrant or the knowledge or consent of the people
4 that were doing the work.
5        THE COURT: Depending on the data mining
6 involved, maybe they did need it and maybe they
7 didn't. But I'm just here to figure out how much in
8 tax, if anything, you owe for '05 and '06.
9        MR. MONTGOMERY: Your Honor, I'm sorry; I
10 didn't mean to interrupt you.
11        THE COURT: Go ahead.
12        MR. MONTGOMERY: I filed a whistleblower
13 complaint with the inspector general of the IRS
14 outlining these things too where I was trying to be a
15 whistleblower and provide the inspector general of
16 exactly what happened to me as an American has
17 happened to a lot of other people as an American, and
18 I submitted that whistleblower complaint.
19        I also filed a whistleblower complaint with
20 the inspector general of the CIA, the inspector
21 general of the Department of Defense, the inspector
22 general of the DOJ.
23        THE COURT: If you get income from any of
24 that, it's probably taxable.
25        MR. MONTGOMERY: Yes. I got a reply saying

---

# EXHIBIT "19"



U.S. Department of Justice

Vincent H. Cohen, Jr.
Acting United States Attorney

*District of Columbia*

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

July 28, 2015

Re:  In re Investigation of Possible Violations of 50 U.S.C. § 1809

Dear Counsel:

As you are aware, your client, Dennis Montgomery, has indicated that he possesses physical evidence of possible violations of 50 U.S.C. § 1809 in the form of documents, written material, electronic media and/or other physical items, to include any codes necessary to access such items (collectively referred to hereinafter as the "Physical Evidence"), which your client acquired in connection with his previous employment with the United States government. I understand that your client is interested in voluntarily producing the Physical Evidence to members of law enforcement and representatives of this Office for evaluation.

In order to assure that there are no misunderstandings concerning the terms under which your client's production of the Physical Evidence would occur:

(1)     First, except as provided for in paragraphs two and three below, the act of production by your client would not be used against your client to establish either that (a) the Physical Evidence was in his possession or control or (b) the Physical Evidence is authentic.

(2)     Second, the Government may make any use whatsoever of the Physical Evidence produced by your client pursuant to this agreement, provided that an evidentiary foundation other than your client's production of such items can be established.

(3)     Third, in the event your client is ever a witness or presents evidence through other witnesses, at trial or any other proceeding, and your client's statements or that evidence contradicts that the Physical Evidence (a) existed, (b) was in his possession, custody, or control, or (c) was authentic, the attorney or agent for the Government may cross-examine your client and other witnesses concerning the act of production by your client. Evidence regarding the act of production may also be introduced in rebuttal at any trial. (This provision is intended to assure that your client does not abuse the opportunity for a voluntary production, does not make materially false statements to a government agency or fact finder, and does not commit perjury or otherwise provide materially false information at a trial or any other proceeding.)

(4)     Fourth, it is understood and agreed to by your client and the United States that this agreement does not constitute a plea bargaining session. However, if this agreement is subsequently construed to be a plea bargaining session, your client knowingly and voluntarily

waives or gives up any rights he has pursuant to Rule 410 of the Federal Rules of Evidence and Rule 11(f) of the Federal Rules of Criminal Procedure.

(5)    Finally, this agreement does not obligate the United States Attorney's Office for the District of Columbia to take any action or refrain from taking any action not described in this letter. In addition, your client understands that this Office has made no additional promises to your client not contained in writing herein.

I trust that you will find this offer fair and reasonable. If your client wishes to engage in a voluntary act of production under these ground rules, you and your client should both sign this letter where indicated below.

Sincerely yours,

VINCENT H. COHEN, JR.
UNITED STATES ATTORNEY

By: _____

DEBORAH A. CURTIS
Assistant United States Attorney

## ACKNOWLEDGMENT

I have read every word of this agreement, and its meaning has been fully explained to me by my attorney. After consultation with my attorney, I understand and agree to the contents of this letter.

_____    _____
Date    7/28/15

## ATTORNEY'S ACKNOWLEDGMENT

I acknowledge that I have read each page of this agreement, reviewed it in its entirety with my client, and discussed fully with my client each of the provisions of the agreement.

_____    _____
Date    7/28/15

Attorney for _____

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ___8/19/2015___

item(s) listed below were:
- ☒ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) _DENNIS MONTGOMERY_

(Street Address) _____

(City) _MIRAMAR  FL_

Description of Item(s): HD LABELLED DRIVE 49 2005 AZL

(2) HD LABELLED DRIVE 49 2005 ALL
(1) HD LABELLED DRIVE 41 2008 BLX. OPS
(1) " " 43 2010 ETN VAULT
(1) " " 47 2008 DMT. SRL
(1) " " 39 2008 BLX BIOMETRICS
(1) " " 32 BLX.CIR 2012
(1) " " 35 ETN.CIR OUTPUT
(1) " " DISK 3) BLX. RECORDER
(1) " " 40 2008 BLX. OPS
(1) " " DISK 24 ETN.SRC
(1) " " DISK 25 ETN. ALL
(1) " " DRIVE 48 2005 ETN. ADMIN
(1) " " DISK 33 BLX. BLX SRC    (1) " " DRIVE 36 2008 BLX. ADMIN
(1) " " DRIVE 37 2008 BLX. EMP.X    (1) " " DISK 23 2004 ETN. COVR
(1) " " DISK 22 2004 ETN. COVR    (1) " " DRIVE 43 2008 ETN. WIP
(1) " " DRIVE 34 2008 BLX. SRC    (1) " " DRIVE 44 2010 DMT VAULT
(1) " " DRIVE 42 2010 DMT    (1) " " DISK 05 VIDEO
(1) " " DISK 07 VIDEO
(1) SHEET OF PAPER "MONTGOMERY DISK DRIVES"

Received By: _____     Received From: _Dennis Montgomery_
              (Signature)                                  (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ___August 19, 2015_____

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) _____Dennis Montgomery_____

(Street Address) _____

(City) ____Miramar, FL._____

Description of Item(s): (1) HD labeled Disk φ4 Video - 2TB green

(1) HD labeled Disk 11 2009 Jory          (1) 8HD Disk 29 BLX.LIVE

(1) HD labeled Disk 8 Video - green label  (1) 8HD Disk 15 2005 ETR. WIP

(1) HD labeled Disk 19 2504 ETR. RND       (1) HD Disk 14 2006 ETREAND WIP

(1) HD labeled Disk 30 BLX.LIVE

(1) HD labeled Disk φ2.. VIDEO green label

(1) HD labeled Disk 03 VIDEO green label

(1) HD labeled Disk 09 VIDEO green label

(1) HD labeled Disk 18 2005 ETR.RND

(1) HD labeled Disk 26 ETR.DRONE

(1) HD labeled Disk 28 BLX.SRC

(1) HD labeled Disk 13 2007 Sandoval

(1) HD labeled Disk 61.. video green label

(1) HD labeled Disk 16 2005 ETR.WIP green label

(1) HD labeled Disk 06 video - green label

(1) HD labeled Disk 12 2009 Jory

(1) HD labeled Disk 27 BLX.TB

(1) HD labeled Disk 17 2004 ETR.WIP

(1) HD labeled Disk 10 video green label

(1) HD labeled Disk 20 2005 ETR.FACE

Received By: _____   Received From: _____
                (Signature)                              (Signature)



U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 24, 2015

Larry Klayman, Esq.

Re:  In re Investigation of Possible Violations of 50 U.S.C. § 1809

Dear Counsel:

As you are aware, your client, Dennis Montgomery, has indicated that he possesses evidence of possible violations of 50 U.S.C. § 1809, the Foreign Intelligence Surveillance Act. I understand that in support of these allegations, in addition to providing physical evidence, your client is interested in meeting with members of law enforcement for a voluntary, "off-the-record" debriefing.

In order to assure that there are no misunderstandings concerning the meaning of "off-the-record," I am writing to clarify the ground rules of this and any subsequent voluntary "off-the-record" debriefing(s) with your client.

(1)     First, except as provided for in paragraphs two and three below, no statements made by or other information provided by you during the voluntary "off-the-record" debriefing(s) will be used directly against your client in any criminal proceeding, other than a prosecution for perjury, giving a false statement, or obstruction of justice.

(2)     Second, the Government may make derivative use of and may pursue any investigative leads suggested by any statements made by, or other information provided by, your client. (Because any statements made during this "off-the-record" debriefing are voluntarily made on the part of your client, rather than compelled, it is the government's position that Kastigar protections do not apply.  Nevertheless, your client understands that based on the terms of this agreement there will be no Kastigar hearing at which the government would have to prove that the evidence it would introduce at trial is not tainted by any statements made by or other information provided by your client.)

(3)     Third, in the event your client is ever a witness or presents evidence through other witnesses, at a trial or any other proceeding, and your client's statements or that evidence contradicts statements made in your debriefing, the attorney or agent for the Government may

cross-examine your client and other witnesses concerning any statements made or other information provided by your client during the "off-the-record" debriefing(s). Evidence regarding such statements may also be introduced in rebuttal. (This provision is to assure that your client does not abuse the opportunity for a voluntary "off-the-record" debriefing(s), does not make material false statements to a government agency or fact finder, and does not commit perjury or otherwise provide materially false information at a trial or other proceeding, examples of which include, but are not limited to, sentencing hearings, parole hearings, and hearings on revocation of probation or supervised release).

(4)     Finally, this debriefing agreement does not obligate the United States Attorney's Office for the District of Columbia to file any motion regarding cooperation provided by your client. In addition, your client understands that this office has made no additional promises to your client not contained in writing herein.

I trust that you will find these ground rules fair and reasonable. If your client wishes to engage in a voluntary "off-the-record" debriefing under these ground rules, would you and your client both sign this letter where indicated below. Once signed, please return the original to me and retain a copy for your files.

Sincerely yours,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

BY: _____     12/3/15

Deborah A. Curtis
Assistant United States Attorney

2

I have read every word of this debriefing agreement, and its meaning has been fully explained to me by my attorney. After consultation with my attorney, I understand and agree to the contents of this letter.

_11-70-15_
Date

Dennis Montgomery

### *ATTORNEY'S ACKNOWLEDGMENT*

I acknowledge that I have read each page of this debriefing agreement, reviewed it in its entirety with my client, and discussed fully with my client each of the provisions of the agreement.

_12/3/15_
Date

Larry Klayman
Attorney for Dennis Montgomery

3

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ___12/3/2015___

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) ___DENNIS MONTGOMERY___

(Street Address) ___3812 94st N NE___

(City) ___BILLVUE WA 98004___

Description of Item(s): ___(1) ATIVA 4 GB THUMB DRIVE___

Received By: _____ (Signature)    Received From: _____ (Signature)



U.S. Department of Justice

Vincent H. Cohen, Jr.
Acting United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 28, 2015

Re:  In re Investigation of Possible Violations of 50 U.S.C. § 1809

Dear Counsel:

As you are aware, your client, Dennis Montgomery, has indicated that he possesses physical evidence of possible violations of 50 U.S.C. § 1809 in the form of documents, written material, electronic media and/or other physical items, to include any codes necessary to access such items (collectively referred to hereinafter as the "Physical Evidence"), which your client acquired in connection with his previous employment with the United States government. I understand that your client is interested in voluntarily producing the Physical Evidence to members of law enforcement and representatives of this Office for evaluation.

In order to assure that there are no misunderstandings concerning the terms under which your client's production of the Physical Evidence would occur:

(1)  First, except as provided for in paragraphs two and three below, the act of production by your client would not be used against your client to establish either that (a) the Physical Evidence was in his possession or control or (b) the Physical Evidence is authentic.

(2)  Second, the Government may make any use whatsoever of the Physical Evidence produced by your client pursuant to this agreement, provided that an evidentiary foundation other than your client's production of such items can be established.

(3)  Third, in the event your client is ever a witness or presents evidence through other witnesses, at trial or any other proceeding, and your client's statements or that evidence contradicts that the Physical Evidence (a) existed, (b) was in his possession, custody, or control, or (c) was authentic, the attorney or agent for the Government may cross-examine your client and other witnesses concerning the act of production by your client. Evidence regarding the act of production may also be introduced in rebuttal at any trial. (This provision is intended to assure that your client does not abuse the opportunity for a voluntary production, does not make materially false statements to a government agency or fact finder, and does not commit perjury or otherwise provide materially false information at a trial or any other proceeding.)

(4)  Fourth, it is understood and agreed to by your client and the United States that this agreement does not constitute a plea bargaining session. However, if this agreement is subsequently construed to be a plea bargaining session, your client knowingly and voluntarily

waives or gives up any rights he has pursuant to Rule 410 of the Federal Rules of Evidence and Rule 11(f) of the Federal Rules of Criminal Procedure.

(5)     Finally, this agreement does not obligate the United States Attorney's Office for the District of Columbia to take any action or refrain from taking any action not described in this letter. In addition, your client understands that this Office has made no additional promises to your client not contained in writing herein.

I trust that you will find this offer fair and reasonable. If your client wishes to engage in a voluntary act of production under these ground rules, you and your client should both sign this letter where indicated below.

Sincerely yours,

VINCENT H. COHEN, JR.
UNITED STATES ATTORNEY

By:

DEBORAH A. CURTIS
Assistant United States Attorney

## ACKNOWLEDGMENT

I have read every word of this agreement, and its meaning has been fully explained to me by my attorney. After consultation with my attorney, I understand and agree to the contents of this letter.

Date

## ATTORNEY'S ACKNOWLEDGMENT

I acknowledge that I have read each page of this agreement, reviewed it in its entirety with my client, and discussed fully with my client each of the provisions of the agreement.

Date

Attorney for

EXHIBIT "20"

---------- Forwarded message ----------
From: "Curtis, Deborah (USADC)" <Deborah.Curtis@usdoj.gov>
Date: Nov 24, 2015 7:24 AM
Subject: Meeting
To: "Larry Klayman" <leklayman@gmail.com>, "Dina James" <daj142182@gmail.com>
Cc: "Giardina, Walter B. (WF) (FBI)" <Walter.Giardina@ic.fbi.gov>, "Barnett, William J. (WF)
(FBI)" <William.Barnett@ic.fbi.gov>

Dear Mr. Klayman,

The FBI looks forward to meeting with you and Mr. Montgomery on December 3, 2015 at 1030
am<x-apple-data-detectors://6> at the Washington Field Office.

As I indicated in our recent telephonic discussion, in furtherance of this investigation, the FBI
requests the following information from your client:

-tax returns for the past ten years showing reported income and source of income

-bank statements for the past 10 years to the present showing deposits or reimbursements from
Other Government Agency of the Intelligence Community ("OGA") or OGA associated entities

-any contracts between Dennis Montgomery ("DM") or DM related companies and OGA or
OGA associated entities

-any orders, memoranda, taskings, or communications in any form from OGA, OGA associated
entities, or government officials for the past 10 years to the present (this can exclude the many
letters DM has submitted to Inspector Generals and members of Congress)

-email records between DM and OGA or government officials from 2005 to the present

-phone numbers for OGA individuals or government officials DM worked with from 2005 to the
present (phone records as well if he possesses)

-address and supporting records (bills, leases, voter registration, etc) where DM lived while
working at Ft. Washington, Maryland
-------
These materials will be treated as falling within the scope of our existing production immunity
agreement.

Further, in order allow for more direct discussions between FBI and your client, my office may
be in a position to now offer a standard letter immunity agreement for purposes of this meeting. I
will follow up with you later today or tomorrow on that issue.

Please let me know if you have any questions.

Deborah
DEBORAH A. CURTIS
Assistant U.S. Attorney