# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 23-2200<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA TO CARLOTTA WELLS** |

On consideration of Defendants' Motion to Compel Compliance with Deposition Subpoena to Carlotta Wells and supporting papers, the Opposition of Carlotta Wells, Defendants' Reply, arguments of counsel and the record herein, the Court **ORDERS** that Carlotta Wells within 14 days shall provide deposition testimony in compliance with the subpoena served upon her by the Defendants.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATE: _____, 2023

**LCvR 7(k) List of Persons to Be Notified**

Cassandra M. Snyder
Samuel A. Rebo
United States Department of Justice
Civil Division | Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Cassandra.M.Snyder@usdoj.gov
Samuel.A.Rebo@usdoj.gov
(202) 451-7729

*Counsel for Carlotta Wells*

_____

Andrew D. Parker
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com

*Counsel for Michael Lindell*

_____

Andrew D. Parker
Abraham S. Kaplan
Joseph A. Pull
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com
kaplan@parkerdk.com
pull@parkerdk.com

*Counsel for My Pillow, Inc.*

_____

Michael Bloom
Julie Loftus
Maura Levine-Patton
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
312-212-4949
MBloom@beneschlaw.com
JLoftus@beneschlaw.com
MLevine-Patton@beneschlaw.com

*Counsel for Smartmatic International Holding B.V.,
SGO Corporation Limited, and Smartmatic USA Corp.*