## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 23-2200<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**CERTIFICATE OF SERVICE** |

I, Jill L. Thorvig, hereby certify that on July 28, a copy of the following documents:

1. Defendants' Motion to Compel Compliance with Deposition Subpoena to Carlotta Wells;
2. Defendants' Memorandum in Support of Motion to Compel Compliance with Deposition Subpoena to Carlotta Wells;
3. Declaration of Michael J. Lindell; and
4. Declaration of Andrew D. Parker with Exhibits A-Q.

Which were electronically filed in this case on July 28, 2023, were mailed via first class mail, postage prepaid and via secure ftp file transfer, to:

Cassandra Snyder
Samuel Rebo
U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, D.C. 20044
Cassandra.M.Snyder@usdoj.gov
samuel.a.rebo@usdoj.gov

Counsel for Carlotta Wells

Michael E. Bloom
Julie Loftus
Benesch Friedlander Coplan & Aronoff, LLP
Suite 1600
71 South Wacker Drive
Chicago, IL 60606-4637
mbloom@beneschlaw.com
jloftus@beneschlaw.com

Counsel for Smartmatic

DATED: July 28, 2023     By */s/ Jill L. Thorvig*
                              Jill L. Thorvig