## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 23-2200<br>[D. Minn. Case No. 22-cv-0098-WMW-JFD]<br><br>**CERTIFICATE OF SERVICE** |

I, Andrew Parker, hereby certify that on July 28, a copy of the following documents:

1. Defendants' Motion to Compel Compliance with Deposition Subpoena to Carlotta Wells;
2. Defendants' Memorandum in Support of Motion to Compel Compliance with Deposition Subpoena to Carlotta Wells;
3. Declaration of Michael J. Lindell; and
4. Declaration of Andrew D. Parker with Exhibits A-Q.

Which were electronically filed in this case on July 28, 2023, were mailed via first class mail, postage prepaid and via secure ftp file transfer, to:

| | |
|---|---|
| Cassandra Snyder<br>Samuel Rebo<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 883<br>Washington, D.C. 20044<br>Cassandra.M.Snyder@usdoj.gov<br>samuel.a.rebo@usdoj.gov<br><br>Counsel for Carlotta Wells | Michael E. Bloom<br>Julie Loftus<br>Benesch Friedlander Coplan & Aronoff, LLP<br>Suite 1600<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>mbloom@beneschlaw.com<br>jloftus@beneschlaw.com<br><br>Counsel for Smartmatic |

Dated: July 28, 2023                                                        By: */s/ Andrew Parker*
                                                                                              Andrew Parker