# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SMARTMATIC USA CORP., et al.,**<br><br>  *Plaintiffs*,<br><br>v.<br><br>**MICHAEL J. LINDELL, et al.,**<br><br>  *Defendants*.[1] | No. 1:23-mc-73 |

## NOTICE OF APPEARANCE

Cassandra M. Snyder, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Department of Justice in this miscellaneous action.

Dated:  August 11, 2023

                                        Respectfully submitted,

                                        */s/ Cassandra M. Snyder*
                                        CASSANDRA M. SNYDER
                                        Trial Attorney (D.C. Bar #1671667)
                                        U.S. Department of Justice
                                        Civil Division
                                        Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 20005
                                        Tel: (202) 451-7729
                                        Fax: (202) 616-8460
                                        Email: cassandra.m.snyder@usdoj.gov

                                        *Counsel for Department of Justice*

---

[1]  Michael J. Lindell and My Pillow improperly captioned this case upon filing.  This is a miscellaneous action filed by Mr. Lindell and My Pillow challenging the Department of Justice's decision not to authorize the deposition of one of its employees, Carlotta Wells, in response to a subpoena sent in *Smartmatic USA Corp. v. Lindell*, No. 22-cv-98 (D. Minn.).