IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SMARTMATIC USA CORP., et al.,**<br><br> *Plaintiffs*,<br><br>v.<br><br>**MICHAEL J. LINDELL, et al.,**<br><br> *Defendants*.[1] | No. 1:23-mc-73 |

**CONSENT MOTION TO EXTEND DEPARTMENT OF JUSTICE'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

  The Department of Justice ("the Department") respectfully moves the Court to extend its deadline to respond to Michael J. Lindell and My Pillow's motion to compel compliance with the deposition subpoena of Carlotta Wells to August 25, 2023, and to concurrently extend Mr. Lindell and My Pillow's deadline to file a reply to September 8, 2023.

  Mr. Lindell and My Pillow filed the motion to compel on July 28, 2023 but did not properly serve the government. ECF No. 1. On August 4, 2023, however, the parties conferred and the Department agreed to waive the service requirements under Rule 4(i) and instead accept electronic service as of the date of conference.[2] In exchange for that agreement, the parties also agreed to a proposed briefing schedule that accommodates counsels' other obligations in this timeframe. Under the parties' agreement, the Department's response shall be due on August 25, 2023, and Mr. Lindell and My Pillow's reply shall be due on September 8, 2023. This is the first requested

---

[1]   Michael J. Lindell and My Pillow improperly captioned this case upon filing. This is a miscellaneous action filed by Mr. Lindell and My Pillow challenging the Department of Justice's decision not to authorize the deposition of one of its employees, Carlotta Wells, in response to a subpoena sent in *Smartmatic USA Corp. v. Lindell*, No. 22-cv-98 (D. Minn.).

[2]   Pursuant to that agreement and absent the instant request, the Department's response would be due on August 18, 2023, and Mr. Lindell and My Pillow's reply would be due on August 25, 2023. L.R. 7(b), (d).

1

extension both in this case and for these deadlines. The requested extension will not affect any other previously set deadlines.

For the reasons set forth above, the Department requests that the Court extend the Department's deadline to respond to Mr. Lindell and My Pillow's motion to compel compliance with the subpoena of Ms. Wells to August 25, 2023, and to concurrently extend Mr. Lindell and My Pillow's reply to September 8, 2023.

Dated: August 11, 2023                                  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
Civil Division

JACQUELINE COLEMAN-SNEAD
Assistant Director
Federal Programs Branch

/s/ *Cassandra M. Snyder*
CASSANDRA M. SNYDER
DC Bar #1671667
SAMUEL REBO
DC Bar # 1780665
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/Doc. system, which will notify all counsel of record of such filing.

                                                                   */s/ Cassandra Snyder*
                                                                   CASSANDRA M. SNYDER
                                                                   Trial Attorney