IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al.*,

    Plaintiffs,

v.

MICHAEL J. LINDELL, *et al.*,

    Defendants.

Civil Action No. 23-mc-0073-CKK

### ORDER

(August 31, 2023)

Pursuant to Local civil Rule 72.2(a), it is hereby

**ORDERED** that this matter is referred to Magistrate Judge Moxila A. Upadhyaya for determination of the Motion of Defendants Michael Lindell and My Pillow, Inc. to compel compliance with deposition subpoena to Carlotta Wells.

**SO ORDERED**.

Date: August 31, 2023

                                                                                                COLLEEN KOLLAR-KOTELLY