# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. LINDELL and MY PILLOW, INC.,<br><br>Defendants. | Case No. 1:23-mc-00073-CKK<br><br>[D. Minn. Case No. 22-cv-0098-WMW-JFD] |

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Joseph A. Pull of the law firm of Parker Daniels Kibort LLC, hereby enters his appearance as counsel for Defendant My Pillow, Inc. in the above-titled action.

DATED:  September 8, 2023         **PARKER DANIELS KIBORT LLC**

By */s/ Joseph A. Pull*
  Joseph A. Pull (D.C. Bar No. 982468)
  888 Colwell Building
  123 N. Third Street
  Minneapolis, MN 55401
  Telephone: (612) 355-4100
  Facsimile: (612) 355-4101
  pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*